Certificate Number: 17572-TXN-DE-040803058

Bankruptcy Case Number: 26-41426



17572-TXN-DE-040803058

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 31, 2026</u>, at <u>8:04</u> o'clock <u>PM PDT</u>, <u>Robert F Latham</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Texas</u>.

Date: <u>March 31, 2026</u>        By: <u>/s/Judy Alexander</u>

Name: <u>Judy Alexander</u>

Title: <u>Counselor</u>