Fill in this information to identify your case:

Debtor 1          __Robert__          __Frank__          __Latham_____
                  First Name         Middle Name        Last Name

Debtor 2          _____
(Spouse, if filing)  First Name       Middle Name        Last Name

United States Bankruptcy Court for the:      __Northern District of Texas__

Case number          __26-41426-13_____
(if known)

☑ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ Robert Frank Latham**_____

Robert Frank Latham, Debtor 1

Date **04/06/2026**_____
     MM/  DD/  YYYY

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**