839   060318   CLE160   IS   0000130296   1

**Earnings Statement**   **ADP**®

Page 01 (Con't Next Page)

**JM**
**Johns Manville**
*717 17TH STREET*
*DENVER, CO 80202*

| | |
|---|---|
| Period Beginning: | 03/16/2026 |
| Period Ending: | 03/22/2026 |
| Pay Date: | 03/27/2026 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   6
  TX:   No State Income Tax

**ROBERT LATHAM**
**308 S. BROADWAY**
**JOSHUA TX 76058**

| Earnings | | rate | hours | this period | year to date |
|---|---|---|---|---|---|
| Reg Regular | # | 40.8800 | 24.00 | 981.12 | 15,858.52 |
| Ot Overtime | # | 61.3200 | 23.40 | 1,434.89 | 8,509.45 |
| Dbl Dbl Time | | 81.7603 | 13.10 | 1,071.06 | 5,331.38 |
| Sfb Shift 2 Ot | | 0.7500 | .87 | 0.65 | 4.09 |
| Sfw Shift 2 Dt | | 1.0000 | 12.57 | 12.57 | 47.49 |
| Sf2 Shift Df 2 | | 0.5000 | 23.43 | 11.72 | 92.66 |
| Cip | | | | | 2,366.26 |
| Grv Grieve Pay | | | | | 52.79 |
| Hol Holiday | | | | | 952.56 |
| Vot Vac Ot | | | | | 1,488.38 |
| **Gross Pay** | | | | **$3,512.01** | 34,703.58 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -323.26 | 2,738.62 |
| | Social Security Tax | -208.72 | 2,034.34 |
| | Medicare Tax | -48.81 | 475.77 |
| | **Other** | | |
| | Ada Add Pst-Tx1 | -3.12 | 40.56 |
| | Dn1 Den Pre-Tx1 | -14.18* | 184.34 |
| | Dpa Dep Life1 | -0.61 | 7.93 |
| | Md1 Med Pre-Tx1 | -125.80* | 1,635.40 |
| | Spa Sps Life1 | -5.72 | 74.36 |
| | Sup Ee Life Ins | -90.24 | 1,173.12 |
| | Usw Dues | -37.51 | 430.95 |
| | Uswa Union Dues | -1.21 | 13.25 |
| | Vs1 Vis Pre-Tx1 | -5.53* | 71.89 |
| | 401K Pre-Tx 85 | -105.36* | 1,039.52 |

| Other | this period | year to date |
|---|---|---|
| 401K85 Gp Loan1 | -50.80 | 660.40 |
| 401K85 Gp Loan2 | -50.38 | 654.94 |
| **Net Pay** | **$2,440.76** | |
| Cka Checking 1 | -350.00 | |
| Sva Savings 1 | -2,090.76 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$3,261.14

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrw Hours Wrkd | 60.50 | 607.84 |
| Vac Acc | 90.00 | |
| 401 401K Er Mat | 52.68 | 519.76 |
| 415 Limits | 158.04 | 1,559.28 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 39.6900 TO
40.8800.

© 2000 ADP, Inc.

**JM**
**Johns Manville**
717 17TH STREET
DENVER, CO 80202

| | |
|---|---|
| **Advice number:** | **00000130296** |
| Pay date: | 03/27/2026 |

**Deposited to the account of**
**ROBERT LATHAM**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxx9174 | xxxx xxxx | $350.00 |
| | xxxxxxxx1169 | xxxx xxxx | $2,090.76 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**839**    060318   CLE160   IS      0000130296    1

Page 02

## Johns Manville

*717 17TH STREET*
*DENVER, CO 80202*

**Earnings Statement**    **ADP**®

| | |
|---|---|
| Period Beginning: | 03/16/2026 |
| Period Ending: | 03/22/2026 |
| Pay Date: | 03/27/2026 |

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal:         6
    TX:                   No State Income Tax

**ROBERT LATHAM**
**308 S. BROADWAY**
**JOSHUA TX 76058**

### Average Rate (RROP)

**Your average rate (RROP) this period is $40.8800**
**Total eligible RROP earnings is $1,937.71**
**Total eligible RROP hours is 47.40**

\# RROP eligible hours and straight-time earnings
> RROP eligible earnings only

Average Rate (RROP) = RROP Earns / RROP Hours
Overtime Rate = Job Rate + (RROP X 0.5)
Double-time Rate = Job Rate X 2
Earnings are rounded to the nearest penny

© 2000 ADP, Inc.

## CONTINUED FROM PRIOR PAGE
## YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

## NON-NEGOTIABLE

**Earnings Statement** ADP®



**Johns Manville**
717 17TH STREET
DENVER, CO 80202

| | | |
|---|---|---|
| Period Beginning: | 03/09/2026 |
| Period Ending: | 03/15/2026 |
| Pay Date: | 03/20/2026 |

Taxable Marital Status:   Married
Exemptions/Allowances:
　　Federal:　　　　6
　　TX:　　　　No State Income Tax

**ROBERT LATHAM**
**308 S. BROADWAY**
**JOSHUA TX 76058**

| Earnings | | rate | hours | this period | year to date |
|---|---|---|---|---|---|
| Reg Regular | # | 39.6900 | 40.00 | 1,587.60 | 14,877.40 |
| Ot Overtime | # | 59.5350 | 7.93 | 472.11 | 7,074.56 |
| Dbl Dbl Time | | 79.3797 | 1.87 | 148.44 | 4,260.32 |
| Sfb Shift 2 Ot | | 0.6000 | .33 | 0.20 | 3.44 |
| Sfw Shift 2 Dt | | 0.8000 | .20 | 0.16 | 34.92 |
| Sf2 Shift Df 2 | | 0.4000 | 1.27 | 0.51 | 80.94 |
| Cip | | | | | 2,366.26 |
| Grv Grieve Pay | | | | | 52.79 |
| Hol Holiday | | | | | 952.56 |
| Vot Vac Ot | | | | | 1,488.38 |
| **Gross Pay** | | | | **$2,209.02** | 31,191.57 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -126.05 | 2,415.36 |
| | Social Security Tax | -127.94 | 1,825.62 |
| | Medicare Tax | -29.92 | 426.96 |
| | **Other** | | |
| | Ada Add Pst-Tx1 | -3.12 | 37.44 |
| | Dn1 Den Pre-Tx1 | -14.18* | 170.16 |
| | Dpa Dep Life1 | -0.61 | 7.32 |
| | Md1 Med Pre-Tx1 | -125.80* | 1,509.60 |
| | Spa Sps Life1 | -5.72 | 68.64 |
| | Sup Ee Life Ins | -90.24 | 1,082.88 |
| | Usw Dues | -28.66 | 393.44 |
| | Uswa Union Dues | -1.00 | 12.04 |
| | Vs1 Vis Pre-Tx1 | -5.53* | 66.36 |
| | 401K Pre-Tx 85 | -66.27* | 934.16 |

| Other | this period | year to date |
|---|---|---|
| 401K85 Gp Loan1 | -50.80 | 609.60 |
| 401K85 Gp Loan2 | -50.38 | 604.56 |
| **Net Pay** | **$1,482.80** | |
| Cka Checking 1 | -350.00 | |
| Sva Savings 1 | -1,132.80 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

　Your federal taxable wages this period are
　$1,997.24

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrw Hours Wrkd | 49.80 | 547.34 |
| Vac Acc | 90.00 | |
| 401 401K Er Mat | 33.13 | 467.08 |
| 415 Limits | 99.40 | 1,401.24 |

© 2000 ADP, Inc.

**Johns Manville**
717 17TH STREET
DENVER, CO 80202

| | | |
|---|---|---|
| **Advice number:** | **00000120300** |
| Pay date: | 03/20/2026 |

Deposited to the account of
**ROBERT LATHAM**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9174 | xxxx xxxx | $350.00 |
| | xxxxxxxx1169 | xxxx xxxx | $1,132.80 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

**839**   060318   CLE160   IS      0000120300    1

**JM**

Page   02

## Johns Manville

*717 17TH STREET*
*DENVER,   CO  80202*

**Earnings   Statement**

**ADP**®

| | |
|---|---|
| Period  Beginning: | 03/09/2026 |
| Period  Ending: | 03/15/2026 |
| Pay  Date: | 03/20/2026 |

Taxable  Marital  Status:      Married
Exemptions/Allowances:
  Federal:             6
  TX:                  No State Income  Tax

**ROBERT   LATHAM**
**308  S.   BROADWAY**
**JOSHUA   TX   76058**

### Average   Rate  (RROP)

**Your   average   rate  (RROP)  this  period  is  $39.6900**
**Total   eligible   RROP   earnings   is  $1,902.34**
**Total   eligible   RROP   hours   is  47.93**

\# RROP   eligible   hours   and  straight-time     earnings
> RROP   eligible   earnings   only

Average   Rate  (RROP)  =  RROP  Earns   /  RROP  Hours
Overtime   Rate  =  Job  Rate  +  (RROP  X  0.5)
Double-time     Rate  =  Job  Rate  X  2
Earnings   are  rounded   to  the  nearest   penny

© 2000  ADP,  Inc.

## CONTINUED   FROM  PRIOR  PAGE
## YOUR   VOUCHER   IS  PROVIDED   ON  PAGE  1

THIS IS NOT A CHECK   THIS IS NOT A CHECK   THIS IS NOT A CHECK

**NON-NEGOTIABLE**

839    060318   CLE160   IS   0000110298    1
Page  01  (Con't  Next  Page)

**Earnings  Statement**

ADP®

# Johns Manville

717  17TH  STREET
DENVER,  CO  80202

| | |
|---|---|
| Period  Beginning: | 03/02/2026 |
| Period  Ending: | 03/08/2026 |
| Pay  Date: | 03/13/2026 |

Taxable  Marital  Status:    Married
Exemptions/Allowances:
   Federal:        6
   TX:                No  State  Income  Tax

**ROBERT  LATHAM
308  S.  BROADWAY
JOSHUA  TX  76058**

| Earnings | | rate | hours | this  period | year  to  date |
|---|---|---|---|---|---|
| Reg  Regular | # | 39.6900 | 36.00 | 1,428.84 | 13,289.80 |
| Ot  Overtime | # | 59.5350 | .40 | 23.82 | 6,602.45 |
| Dbl  Dbl  Time | | 79.3803 | 3.55 | 281.80 | 4,111.88 |
| Sfb  Shift  2  Ot | | 0.6000 | .40 | 0.24 | 3.24 |
| Sfw  Shift  2  Dt | | 0.8000 | 2.68 | 2.14 | 34.76 |
| Sf2  Shift  Df  2 | | 0.4000 | 33.32 | 13.33 | 80.43 |
| Cip | | | | | 2,366.26 |
| Grv  Grieve  Pay | | | | | 52.79 |
| Hol  Holiday | | | | | 952.56 |
| Vot  Vac  Ot | | | | | 1,488.38 |
| **Gross  Pay** | | | | **$1,750.17** | 28,982.55 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -72.64 | 2,289.31 |
| | Social  Security  Tax | -99.49 | 1,697.68 |
| | Medicare  Tax | -23.27 | 397.04 |
| | **Other** | | |
| | Ada  Add  Pst-Tx1 | -3.12 | 34.32 |
| | Dn1  Den  Pre-Tx1 | -14.18* | 155.98 |
| | Dpa  Dep  Life1 | -0.61 | 6.71 |
| | Md1  Med  Pre-Tx1 | -125.80* | 1,383.80 |
| | Spa  Sps  Life1 | -5.72 | 62.92 |
| | Sup  Ee  Life  Ins | -90.24 | 992.64 |
| | Usw  Dues | -25.38 | 364.78 |
| | Uswa  Union  Dues | -0.80 | 11.04 |
| | Vs1  Vis  Pre-Tx1 | -5.53* | 60.83 |
| | 401K  Pre-Tx  85 | -52.51* | 867.89 |

| Other | this  period | year  to  date |
|---|---|---|
| 401K85  Gp  Loan1 | -50.80 | 558.80 |
| 401K85  Gp  Loan2 | -50.38 | 554.18 |
| **Net  Pay** | **$1,129.70** | |
| Cka  Checking  1 | -350.00 | |
| Sva  Savings  1 | -779.70 | |
| **Net  Check** | **$0.00** | |

**\*  Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$1,552.15

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Hrw  Hours  Wrkd | 39.95 | 497.54 |
| Vac  Acc | 90.00 | |
| 401  401K  Er  Mat | 26.26 | 433.95 |
| 415  Limits | 78.77 | 1,301.84 |

© 2000  ADP,  Inc.

# Johns Manville

717  17TH  STREET
DENVER,  CO  80202

| | |
|---|---|
| **Advice  number:** | **00000110298** |
| Pay  date: | 03/13/2026 |

Deposited  to  the  account  of
**ROBERT  LATHAM**

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxx9174 | xxxx  xxxx | $350.00 |
| | xxxxxxxx1169 | xxxx  xxxx | $779.70 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

839    060318   CLE160   IS    0000110298    1

**JM**

Page  02

## Johns Manville

*717 17TH STREET*
*DENVER,  CO 80202*

**Earnings  Statement**

ADP®

| | |
|---|---|
| Period  Beginning: | 03/02/2026 |
| Period  Ending: | 03/08/2026 |
| Pay  Date: | 03/13/2026 |

Taxable  Marital  Status:     Married
Exemptions/Allowances:
   Federal:              6
   TX:                      No State Income  Tax

**ROBERT  LATHAM**
**308  S.  BROADWAY**
**JOSHUA  TX  76058**

### Average  Rate  (RROP)

**Your  average  rate  (RROP)  this  period  is  $39.6900**
**Total  eligible  RROP  earnings  is  $1,444.72**
**Total  eligible  RROP  hours  is  36.40**

\# RROP  eligible  hours  and  straight-time    earnings
\> RROP  eligible  earnings    only

Average   Rate  (RROP)  =  RROP  Earns   /  RROP  Hours
Overtime   Rate  =  Job  Rate  +  (RROP  X  0.5)
Double-time    Rate  =  Job  Rate  X  2
Earnings   are  rounded   to  the  nearest   penny

© 2000  ADP,  Inc.

**CONTINUED   FROM   PRIOR   PAGE**

**YOUR   VOUCHER   IS  PROVIDED   ON  PAGE  1**

THIS IS NOT A CHECK
THIS IS NOT A CHECK

**NON-NEGOTIABLE**

## Earnings Statement

**ADP®**

**Johns Manville**
717 17TH STREET
DENVER, CO 80202

| Period Beginning: | 02/23/2026 |
|---|---|
| Period Ending: | 03/01/2026 |
| Pay Date: | 03/06/2026 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 6
TX: No State Income Tax

**ROBERT LATHAM**
**308 S. BROADWAY**
**JOSHUA TX 76058**

| Earnings | | rate | hours | this period | year to date |
|---|---|---|---|---|---|
| Reg Regular | # | 39.6900 | 36.37 | 1,443.53 | 11,860.96 |
| Ot Overtime | # | 59.5350 | 11.63 | 692.39 | 6,578.63 |
| Dbl Dbl Time | | 79.3810 | 1.68 | 133.36 | 3,830.08 |
| Sfw Shift 2 Dt | | 0.8000 | .45 | 0.36 | 32.62 |
| Sf2 Shift Df 2 | | 0.4000 | 12.90 | 5.16 | 67.10 |
| Cip | | | | | 2,366.26 |
| Grv Grieve Pay | | | | | 52.79 |
| Hol Holiday | | | | | 952.56 |
| Sfb Shift 2 Ot | | | | | 3.00 |
| Vot Vac Ot | | | | | 1,488.38 |
| **Gross Pay** | | | | **$2,274.80** | 27,232.38 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -133.71 | 2,216.67 |
| | Social Security Tax | -132.01 | 1,598.19 |
| | Medicare Tax | -30.87 | 373.77 |
| | **Other** | | |
| | Ada Add Pst-Tx1 | -3.12 | 31.20 |
| | Dn1 Den Pre-Tx1 | -14.18* | 141.80 |
| | Dpa Dep Life1 | -0.61 | 6.10 |
| | Md1 Med Pre-Tx1 | -125.80* | 1,258.00 |
| | Spa Sps Life1 | -5.72 | 57.20 |
| | Sup Ee Life Ins | -90.24 | 902.40 |
| | Usw Dues | -29.58 | 339.40 |
| | Uswa Union Dues | -0.99 | 10.24 |
| | Vs1 Vis Pre-Tx1 | -5.53* | 55.30 |
| | 401K Pre-Tx 85 | -68.24* | 815.38 |

| Other | this period | year to date |
|---|---|---|
| 401K85 Gp Loan1 | -50.80 | 508.00 |
| 401K85 Gp Loan2 | -50.38 | 503.80 |
| **Net Pay** | **$1,533.02** | |
| Cka Checking 1 | -350.00 | |
| Sva Savings 1 | -1,183.02 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,061.05

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrw Hours Wrkd | 49.68 | 457.59 |
| Vac Acc | 90.00 | |
| 401 401K Er Mat | 34.12 | 407.69 |
| 415 Limits | 102.36 | 1,223.07 |

© 2000 ADP, Inc.

**Johns Manville**
717 17TH STREET
DENVER, CO 80202

| Advice number: | 00000100306 |
|---|---|
| Pay date: | 03/06/2026 |



Deposited to the account of
**ROBERT LATHAM**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9174 | xxxx xxxx | $350.00 |
| xxxxxxxx1169 | xxxx xxxx | $1,183.02 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

839    060318    CLE160    IS      0000100306    1

**Earnings  Statement**                                                      ADP®

**JM**

Page  02

# Johns Manville
*717  17TH  STREET*
*DENVER,  CO  80202*

| | |
|---|---|
| Period  Beginning: | 02/23/2026 |
| Period  Ending: | 03/01/2026 |
| Pay  Date: | 03/06/2026 |

Taxable  Marital  Status:    Married
Exemptions/Allowances:
   Federal:        6
   TX:                  No State Income  Tax

**ROBERT   LATHAM**
**308  S.  BROADWAY**
**JOSHUA  TX  76058**

## Average   Rate  (RROP)

**Your  average   rate  (RROP)  this  period  is  $39.6900**
**Total  eligible  RROP  earnings   is  $1,905.12**
**Total  eligible  RROP  hours  is  48.00**

\#  RROP   eligible   hours  and  straight-time     earnings
>  RROP   eligible   earnings   only

Average   Rate  (RROP)  =  RROP  Earns   /  RROP  Hours
Overtime   Rate  =  Job  Rate  +  (RROP  X  0.5)
Double-time    Rate  =  Job  Rate  X  2
Earnings   are  rounded   to  the  nearest   penny

© 2000  ADP,  Inc.

**CONTINUED   FROM   PRIOR   PAGE**

**YOUR   VOUCHER   IS  PROVIDED   ON  PAGE  1**

THIS IS NOT A CHECK

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



## Earnings Statement

**ADP**

**Johns Manville**
717 17TH STREET
DENVER, CO 80202

| | |
|---|---|
| Period Beginning: | 02/16/2026 |
| Period Ending: | 02/22/2026 |
| Pay Date: | 02/27/2026 |

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  6
  TX:  No State Income Tax

**ROBERT  LATHAM**
**308 S.  BROADWAY**
**JOSHUA  TX  76058**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Cip | | | 2,366.26 | 2,366.26 |
| Reg Regular | | | | 10,417.43 |
| Ot Overtime | | | | 5,886.24 |
| Dbl Dbl Time | | | | 3,696.72 |
| Grv Grieve Pay | | | | 52.79 |
| Hol Holiday | | | | 952.56 |
| Sfb Shift 2 Ot | | | | 3.00 |
| Sfw Shift 2 Dt | | | | 32.26 |
| Sf2 Shift Df 2 | | | | 61.94 |
| Vot Vac Ot | | | | 1,488.38 |
| **Gross Pay** | | | **$2,366.26** | 24,957.58 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -504.96 | 2,082.96 |
| | Social Security Tax | -146.71 | 1,466.18 |
| | Medicare Tax | -34.31 | 342.90 |
| | **Other** | | |
| | Usw Dues | -34.31 | 309.82 |
| | 401K Pre-Tx 85 | -70.99* | 747.14 |
| | Ada Add Pst-Tx1 | | 28.08 |
| | Dn1 Den Pre-Tx1 | | 127.62 |
| | Dpa Dep Life1 | | 5.49 |
| | Md1 Med Pre-Tx1 | | 1,132.20 |
| | Spa Sps Life1 | | 51.48 |
| | Sup Ee Life Ins | | 812.16 |
| | Uswa Union Dues | | 9.25 |
| | Vs1 Vis Pre-Tx1 | | 49.77 |

| Other | this period | year to date |
|---|---|---|
| 401K85 Gp Loan1 | | 457.20 |
| 401K85 Gp Loan2 | | 453.42 |
| **Net Pay** | **$1,574.98** | |
| Cka Checking 1 | -350.00 | |
| Sva Savings 1 | -1,224.98 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $2,295.27

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401 401K Er Mat | 35.49 | 373.57 |
| 415 Limits | 106.48 | 1,120.71 |
| Hrw Hours Wrkd | | 407.91 |

**Important Notes**

THIS CIP/VIP BONUS COVERS THE PERIOD OF JAN 1 TO DEC 31 2025

© 2000 ADP, Inc.

**Johns Manville**
717 17TH STREET
DENVER, CO 80202

| | |
|---|---|
| **Advice number:** | **00000094293** |
| Pay date: | 02/27/2026 |

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ROBERT  LATHAM** | xxxxxxx9174 | xxxx xxxx | $350.00 |
| | xxxxxxxx1169 | xxxx xxxx | $1,224.98 |

## NON-NEGOTIABLE

# Earnings Statement

**ADP**®

**JM**
## Johns Manville
*717 17TH STREET*
*DENVER, CO 80202*

Page 01 (Con't Next Page)

| | | |
|---|---|---|
| Period Beginning: | 02/09/2026 |
| Period Ending: | 02/15/2026 |
| Pay Date: | 02/20/2026 |

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:        6
  TX:              No State Income Tax

**ROBERT  LATHAM
308 S. BROADWAY
JOSHUA TX 76058**

| Earnings | | rate | hours | this period | year to date |
|---|---|---|---|---|---|
| Reg Regular | # | 39.6900 | 40.00 | 1,587.60 | 9,464.87 |
| Ot Overtime | # | 59.5350 | 7.95 | 473.31 | 4,435.37 |
| Dbl Dbl Time | | 79.3765 | 1.70 | 134.94 | 2,617.16 |
| Sfb Shift 2 Ot | | 0.6000 | .38 | 0.23 | 2.22 |
| Sfw Shift 2 Dt | | 0.8000 | .08 | 0.06 | 22.02 |
| Sf2 Shift Df 2 | | 0.4000 | 1.18 | 0.47 | 52.66 |
| Grv Grieve Pay | | | | | 52.79 |
| Hol Holiday | | | | | 635.04 |
| Vot Vac Ot | | | | | 1,488.38 |
| **Gross Pay** | | | | **$2,196.61** | 18,770.51 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -124.61 | 1,188.84 |
| | Social Security Tax | -127.17 | 1,091.60 |
| | Medicare Tax | -29.74 | 255.29 |
| | **Other** | | |
| | Ada Add Pst-Tx1 | -3.12 | 24.96 |
| | Dn1 Den Pre-Tx1 | -14.18* | 113.44 |
| | Dpa Dep Life1 | -0.61 | 4.88 |
| | Md1 Med Pre-Tx1 | -125.80* | 1,006.40 |
| | Spa Sps Life1 | -5.72 | 45.76 |
| | Sup Ee Life Ins | -90.24 | 721.92 |
| | Usw Dues | -28.58 | 240.23 |
| | Uswa Union Dues | -0.99 | 7.85 |
| | Vs1 Vis Pre-Tx1 | -5.53* | 44.24 |
| | 401K Pre-Tx 85 | -65.90* | 561.53 |
| | 401K85 Gp Loan1 | -50.80 | 406.40 |

| Other | this period | year to date |
|---|---|---|
| 401K85 Gp Loan2 | -50.38 | 403.04 |
| **Net Pay** | **$1,473.24** | |
| Cka Checking 1 | -350.00 | |
| Sva Savings 1 | -1,123.24 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

  Your federal taxable wages this period are
$1,985.20

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrw Hours Wrkd | 49.65 | 345.94 |
| Vac Acc | 90.00 | |
| 401 401K Er Mat | 32.95 | 280.77 |
| 415 Limits | 98.85 | 842.30 |

© 2000 ADP, Inc.

**JM**
## Johns Manville
717 17TH STREET
DENVER, CO 80202

| | | |
|---|---|---|
| **Advice number:** | **00000080303** |
| Pay date: | 02/20/2026 |

**Deposited to the account of**

| | account number | transit ABA | amount |
|---|---|---|---|
| **ROBERT LATHAM** | xxxxxx9174 | xxxx xxxx | $350.00 |
| | xxxxxxxx1169 | xxxx xxxx | $1,123.24 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

839    060318   CLE160   IS    0000080303    1.

**Earnings Statement**

**ADP**®

JM

## Johns Manville

Page 02

*717 17TH STREET*
*DENVER, CO 80202*

| | |
|---|---|
| Period Beginning: | 02/09/2026 |
| Period Ending: | 02/15/2026 |
| Pay Date: | 02/20/2026 |

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:        6
   TX:              No State Income Tax

**ROBERT  LATHAM**
**308 S.  BROADWAY**
**JOSHUA  TX  76058**

### Average  Rate  (RROP)

**Your  average  rate  (RROP)  this  period  is  $39.6900**
**Total  eligible  RROP  earnings  is  $1,903.14**
**Total  eligible  RROP  hours  is  47.95**

\# RROP  eligible  hours  and  straight-time  earnings
> RROP  eligible  earnings  only

Average  Rate  (RROP)  =  RROP  Earns  /  RROP  Hours
Overtime  Rate  =  Job  Rate  +  (RROP  X  0.5)
Double-time  Rate  =  Job  Rate  X  2
Earnings  are  rounded  to  the  nearest  penny

© 2000  ADP,  Inc.

**CONTINUED   FROM  PRIOR  PAGE**
**YOUR  VOUCHER  IS  PROVIDED  ON  PAGE  1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**                                   ADP®

**Johns Manville**
*717 17TH STREET*
*DENVER, CO 80202*

| Period Beginning: | 02/02/2026 |
|---|---|
| Period Ending: | 02/08/2026 |
| Pay Date: | 02/13/2026 |

839   060318   CLE160   IS   0000070293   1
Page 01 (Con't Next Page)

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:            6
  TX:                 No State Income Tax

**ROBERT  LATHAM**
**308 S. BROADWAY**
**JOSHUA TX 76058**

| Earnings | | rate | hours | this period | year to date |
|---|---|---|---|---|---|
| Reg Regular | # | 39.6900 | 36.00 | 1,428.84 | 7,877.27 |
| Ot Overtime | # | 59.5350 | .43 | 25.60 | 3,962.06 |
| Dbl Dbl Time | | 79.3796 | 6.48 | 514.38 | 2,482.22 |
| Sfb Shift 2 Ot | | 0.6000 | .43 | 0.26 | 1.99 |
| Sfw Shift 2 Dt | | 0.8000 | 6.33 | 5.06 | 21.96 |
| Sf2 Shift Df 2 | | 0.4000 | 29.67 | 11.87 | 52.19 |
| Grv Grieve Pay | | | | | 52.79 |
| Hol Holiday | | | | | 635.04 |
| Vot Vac Ot | | | | | 1,488.38 |
| **Gross Pay** | | | | **$1,986.01** | 16,573.90 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -100.09 | 1,064.23 |
| | Social Security Tax | -114.11 | 964.43 |
| | Medicare Tax | -26.68 | 225.55 |
| | **Other** | | |
| | Ada Add Pst-Tx1 | -3.12 | 21.84 |
| | Dn1 Den Pre-Tx1 | -14.18* | 99.26 |
| | Dpa Dep Life1 | -0.61 | 4.27 |
| | Md1 Med Pre-Tx1 | -125.80* | 880.60 |
| | Spa Sps Life1 | -5.72 | 40.04 |
| | Sup Ee Life Ins | -90.24 | 631.68 |
| | Usw Dues | -28.80 | 211.65 |
| | Uswa Union Dues | -0.86 | 6.86 |
| | Vs1 Vis Pre-Tx1 | -5.53* | 38.71 |
| | 401K Pre-Tx 85 | -59.58* | 495.63 |
| | 401K85 Gp Loan1 | -50.80 | 355.60 |

| Other | this period | year to date |
|---|---|---|
| 401K85 Gp Loan2 | -50.38 | 352.66 |
| **Net Pay** | **$1,309.51** | |
| Cka Checking 1 | -350.00 | |
| Sva Savings 1 | -959.51 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,780.92

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrw Hours Wrkd | 42.91 | 296.29 |
| Vac Acc | 90.00 | |
| 401 401K Er Mat | 29.79 | 247.82 |
| 415 Limits | 89.37 | 743.45 |

© 2000 ADP, Inc.

**Johns Manville**
*717 17TH STREET*
*DENVER, CO 80202*

| Advice number: | 00000070293 |
|---|---|
| Pay date: | 02/13/2026 |

Deposited to the account of
**ROBERT  LATHAM**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9174 | xxxx xxxx | $350.00 |
| | xxxxxxxx1169 | xxxx xxxx | $959.51 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**

**ADP**®

Johns Manville
717 17TH STREET
DENVER, CO 80202

Page 02

839    060318   CLE160   IS    0000070293    1

| | |
|---|---|
| Period Beginning: | 02/02/2026 |
| Period Ending: | 02/08/2026 |
| Pay Date: | 02/13/2026 |

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:     6
   TX:        No State Income Tax

**ROBERT  LATHAM**
**308  S.  BROADWAY**
**JOSHUA  TX  76058**

**Average  Rate  (RROP)**
**Your  average  rate  (RROP)  this  period  is  $39.6900**
**Total  eligible  RROP  earnings  is  $1,445.91**
**Total  eligible  RROP  hours  is  36.43**

\# RROP  eligible  hours  and  straight-time  earnings
> RROP  eligible  earnings  only

Average  Rate  (RROP)  =  RROP  Earns  /  RROP  Hours
Overtime  Rate  =  Job  Rate  +  (RROP  X  0.5)
Double-time  Rate  =  Job  Rate  X  2
Earnings  are  rounded  to  the  nearest  penny

© 2000  ADP,  Inc.

**CONTINUED   FROM   PRIOR   PAGE**
**YOUR   VOUCHER   IS  PROVIDED   ON  PAGE  1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**839**   060318   CLE160   IS      0000060308      1

Page 01 (Con't Next Page)

# Earnings Statement

**ADP**®

## Johns Manville
*717 17TH STREET*
*DENVER, CO 80202*

| | |
|---|---|
| Period Beginning: | 01/26/2026 |
| Period Ending: | 02/01/2026 |
| Pay Date: | 02/06/2026 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:      6
  TX:             No State Income Tax

**ROBERT LATHAM**
**308 S. BROADWAY**
**JOSHUA TX 76058**

| Earnings | | rate | hours | this period | year to date |
|---|---|---|---|---|---|
| Reg Regular | # | 39.6900 | 36.47 | 1,447.49 | 6,448.43 |
| Ot Overtime | # | 59.5350 | 11.53 | 686.44 | 3,936.46 |
| Dbl Dbl Time | | 79.3820 | 1.78 | 141.30 | 1,967.84 |
| Sfw Shift 2 Dt | | 0.8000 | .57 | 0.46 | 16.90 |
| Sf2 Shift Df 2 | | 0.4000 | 12.85 | 5.14 | 40.32 |
| Grv Grieve Pay | | | | | 52.79 |
| Hol Holiday | | | | | 635.04 |
| Sfb Shift 2 Ot | | | | | 1.73 |
| Vot Vac Ot | | | | | 1,488.38 |
| **Gross Pay** | | | | **$2,280.83** | 14,587.89 |

| Deductions | Statutory | | this period | year to date |
|---|---|---|---|---|
| | Federal Income Tax | | -134.41 | 964.14 |
| | Social Security Tax | | -132.39 | 850.32 |
| | Medicare Tax | | -30.97 | 198.87 |
| | **Other** | | | |
| | Ada Add Pst-Tx1 | | -3.12 | 18.72 |
| | Dn1 Den Pre-Tx1 | | -14.18* | 85.08 |
| | Dpa Dep Life1 | | -0.61 | 3.66 |
| | Md1 Med Pre-Tx1 | | -125.80* | 754.80 |
| | Spa Sps Life1 | | -5.72 | 34.32 |
| | Sup Ee Life Ins | | -90.24 | 541.44 |
| | Usw Dues | | -29.60 | 182.85 |
| | Uswa Union Dues | | -1.00 | 6.00 |
| | Vs1 Vis Pre-Tx1 | | -5.53* | 33.18 |
| | 401K Pre-Tx 85 | | -68.42* | 436.05 |
| | 401K85 Gp Loan1 | | -50.80 | 304.80 |

| Other | this period | year to date |
|---|---|---|
| 401K85 Gp Loan2 | -50.38 | 302.28 |
| **Net Pay** | **$1,537.66** | |
| Cka Checking 1 | -350.00 | |
| Sva Savings 1 | -1,187.66 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,066.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrw Hours Wrkd | 49.78 | 253.38 |
| Vac Acc | 90.00 | |
| 401 401K Er Mat | 34.21 | 218.03 |
| 415 Limits | 102.63 | 654.08 |

© 2000 ADP, Inc.

## Johns Manville
717 17TH STREET
DENVER, CO 80202

| | |
|---|---|
| Advice number: | 00000060308 |
| Pay date: | 02/06/2026 |

Deposited to the account of
**ROBERT LATHAM**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9174 | xxxx xxxx | $350.00 |
| | xxxxxxxx1169 | xxxx xxxx | $1,187.66 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

839    060318   CLE160   IS    0000060308    1

**Earnings Statement**

**ADP**®

Page 02

**Johns Manville**

*717 17TH STREET*
*DENVER, CO 80202*

| | |
|---|---|
| Period Beginning: | 01/26/2026 |
| Period Ending: | 02/01/2026 |
| Pay Date: | 02/06/2026 |

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:          6
   TX:               No State Income Tax

**ROBERT  LATHAM**
**308 S.  BROADWAY**
**JOSHUA TX 76058**

**Average  Rate  (RROP)**

**Your  average  rate  (RROP)  this  period  is  $39.6900**
**Total  eligible  RROP  earnings  is  $1,905.12**
**Total  eligible  RROP  hours  is  48.00**

\# RROP  eligible  hours  and  straight-time  earnings
> RROP  eligible  earnings  only

Average  Rate  (RROP)  =  RROP  Earns  /  RROP  Hours
Overtime  Rate  =  Job  Rate  +  (RROP  X  0.5)
Double-time    Rate  =  Job  Rate  X  2
Earnings  are  rounded  to  the  nearest  penny

© 2000  ADP,  Inc.

**CONTINUED   FROM  PRIOR  PAGE**
**YOUR   VOUCHER   IS  PROVIDED   ON  PAGE  1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

## Earnings Statement

**ADP**®

839 060318 CLE160 IS 0000050296 1

JM **Johns Manville**

Page 01 (Con't Next Page)

717 17TH STREET
DENVER, CO 80202

| Period Beginning: | 01/19/2026 |
|---|---|
| Period Ending: | 01/25/2026 |
| Pay Date: | 01/30/2026 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 6
  TX: No State Income Tax

**ROBERT LATHAM**
**308 S. BROADWAY**
**JOSHUA TX 76058**

**Earnings**

| | | rate | hours | this period | year to date |
|---|---|---|---|---|---|
| Reg Regular | # | 39.6900 | 24.00 | 952.56 | 5,000.94 |
| Ot Overtime | # | 59.5350 | 16.37 | 974.59 | 3,250.02 |
| Dbl Dbl Time | | 79.3790 | 4.38 | 347.68 | 1,826.54 |
| Sfb Shift 2 Ot | | 0.6000 | .35 | 0.21 | 1.73 |
| Sfw Shift 2 Dt | | 0.8000 | 4.33 | 3.46 | 16.44 |
| Sf2 Shift Df 2 | | 0.4000 | 19.67 | 7.87 | 35.18 |
| Grv Grieve Pay | | | | | 52.79 |
| Hol Holiday | | | | | 635.04 |
| Vot Vac Ot | | | | | 1,488.38 |
| **Gross Pay** | | | | **$2,286.37** | 12,307.06 |

**Deductions**

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -135.06 | 829.73 |
| Social Security Tax | -132.73 | 717.93 |
| Medicare Tax | -31.04 | 167.90 |

**Other**

| | this period | year to date |
|---|---|---|
| Ada Add Pst-Tx1 | -3.12 | 15.60 |
| Dn1 Den Pre-Tx1 | -14.18* | 70.90 |
| Dpa Dep Life1 | -0.61 | 3.05 |
| Md1 Med Pre-Tx1 | -125.80* | 629.00 |
| Spa Sps Life1 | -5.72 | 28.60 |
| Sup Ee Life Ins | -90.24 | 451.20 |
| Usw Dues | -33.01 | 153.25 |
| Uswa Union Dues | -0.90 | 5.00 |
| Vs1 Vis Pre-Tx1 | -5.53* | 27.65 |
| 401K Pre-Tx 85 | -68.59* | 367.63 |
| 401K85 Gp Loan1 | -50.80 | 254.00 |

**Other**

| | this period | year to date |
|---|---|---|
| 401K85 Gp Loan2 | -50.38 | 251.90 |
| **Net Pay** | **$1,538.66** | |
| Cka Checking 1 | -350.00 | |
| Sva Savings 1 | -1,188.66 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,072.27

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Hrw Hours Wrkd | 44.75 | 203.60 |
| Vac Acc | 90.00 | |
| 401 401K Er Mat | 34.30 | 183.82 |
| 415 Limits | 102.89 | 551.45 |

© 2000 ADP, Inc.

JM **Johns Manville**

717 17TH STREET
DENVER, CO 80202

| Advice number: | 00000050296 |
|---|---|
| Pay date: | 01/30/2026 |

Deposited to the account of

**ROBERT LATHAM**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9174 | xxxx xxxx | $350.00 |
| | xxxxxxxx1169 | xxxx xxxx | $1,188.66 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings  Statement**

**ADP**®

**JM**

**Johns Manville**

*717  17TH  STREET*
*DENVER,  CO  80202*

Period  Beginning:       01/19/2026
Period  Ending:          01/25/2026
Pay  Date:               01/30/2026

Taxable  Marital  Status:     Married
Exemptions/Allowances:
   Federal:              6
   TX:                   No State Income  Tax

**ROBERT  LATHAM**
**308  S.  BROADWAY**
**JOSHUA  TX  76058**

**Average  Rate  (RROP)**

**Your  average  rate  (RROP)  this  period  is  $39.6900**
**Total  eligible  RROP  earnings  is  $1,602.29**
**Total  eligible  RROP  hours  is  40.37**

# RROP  eligible  hours  and  straight-time    earnings
> RROP  eligible  earnings  only

Average   Rate  (RROP)  =  RROP  Earns  /  RROP  Hours
Overtime   Rate  =  Job  Rate  +  (RROP  X  0.5)
Double-time    Rate  =  Job  Rate  X  2
Earnings   are  rounded   to  the  nearest   penny

© 2000  ADP,  Inc.

**CONTINUED   FROM  PRIOR  PAGE**

**YOUR   VOUCHER   IS  PROVIDED   ON  PAGE  1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**

**Johns Manville**
717 17TH STREET
DENVER, CO 80202

ADP®

Page 01 (Con't Next Page)

839  060318  CLE160  IS  0000040284   1

| | |
|---|---|
| Period Beginning: | 01/12/2026 |
| Period Ending: | 01/18/2026 |
| Pay Date: | 01/23/2026 |

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:      6
  TX:              No State Income Tax

**ROBERT LATHAM**
**308 S. BROADWAY**
**JOSHUA TX 76058**

| Earnings | | rate | hours | this period | year to date |
|---|---|---|---|---|---|
| Reg Regular | # | 39.6900 | 10.00 | 396.90 | 4,048.38 |
| Ot Overtime | # | 59.5350 | 2.17 | 129.19 | 2,275.43 |
| Dbl Dbl Time | | 79.4054 | .37 | 29.38 | 1,478.86 |
| Grv Grieve Pay | | | | 52.79 | 52.79 |
| Sfb Shift 2 Ot | | 0.6000 | .52 | 0.31 | 1.52 |
| Sfw Shift 2 Dt | | 0.8000 | .02 | 0.02 | 12.98 |
| Vot Vac Ot | | 49.6127 | 30.00 | 1,488.38 | 1,488.38 |
| Hol Holiday | | | | | 635.04 |
| Sf2 Shift Df 2 | | | | | 27.31 |
| **Gross Pay** | | | | **$2,096.97** | 10,020.69 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -118.47 | 694.67 |
| | Social Security Tax | -120.99 | 585.20 |
| | Medicare Tax | -28.30 | 136.86 |
| | **Other** | | |
| | Ada Add Pst-Tx1 | -3.12 | 12.48 |
| | Dn1 Den Pre-Tx1 | -14.18* | 56.72 |
| | Dpa Dep Life1 | -0.61 | 2.44 |
| | Md1 Med Pre-Tx1 | -125.80* | 503.20 |
| | Spa Sps Life1 | -5.72 | 22.88 |
| | Sup Ee Life Ins | -90.24 | 360.96 |
| | Usw Dues | -30.41 | 120.24 |
| | Uswa Union Dues | -0.85 | 4.10 |
| | Vs1 Vis Pre-Tx1 | -5.53* | 22.12 |
| | 401K Pre-Tx 85 | -61.33* | 299.04 |
| | 401K85 Gp Loan1 | -50.80 | 203.20 |

| Other | this period | year to date |
|---|---|---|
| 401K85 Gp Loan2 | -50.38 | 201.52 |
| **Net Pay** | **$1,390.24** | |
| Cka Checking 1 | -350.00 | |
| Sva Savings 1 | -1,040.24 | |
| **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**

  Your federal taxable wages this period are
  $1,890.13

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrw Hours Wrkd | 12.54 | 158.85 |
| Vac Acc | 90.00 | |
| 401 401K Er Mat | 30.66 | 149.52 |
| 415 Limits | 91.99 | 448.56 |

© 2000 ADP, Inc.

**Johns Manville**
717 17TH STREET
DENVER, CO 80202

| | |
|---|---|
| Advice number: | 00000040284 |
| Pay date: | 01/23/2026 |

Deposited to the account of
**ROBERT LATHAM**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxx9174 | xxxx xxxx | $350.00 |
| | xxxxxxxx1169 | xxxx xxxx | $1,040.24 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

839    060318   CLE160   IS    0000040284    1

**Earnings  Statement**  **ADP**®

Page  02

**JM**
**Johns Manville**
*717 17TH STREET*
*DENVER, CO 80202*

| | |
|---|---|
| Period  Beginning: | 01/12/2026 |
| Period  Ending: | 01/18/2026 |
| Pay  Date: | 01/23/2026 |

Taxable  Marital  Status:     Married
Exemptions/Allowances:
  Federal:          6
  TX:                  No State Income  Tax

**ROBERT  LATHAM**
**308  S.  BROADWAY**
**JOSHUA  TX  76058**

**Average  Rate  (RROP)**
**Your  average  rate  (RROP)  this  period  is  $39.6900**
**Total  eligible  RROP  earnings  is  $483.03**
**Total  eligible  RROP  hours  is  12.17**

\# RROP  eligible  hours  and  straight-time    earnings
> RROP  eligible  earnings  only

Average   Rate  (RROP)  =  RROP  Earns  /  RROP  Hours
Overtime   Rate  =  Job  Rate  +  (RROP  X  0.5)
Double-time    Rate  =  Job  Rate  X  2
Earnings  are  rounded  to  the  nearest  penny

© 2000  ADP,  Inc.

**CONTINUED   FROM  PRIOR  PAGE**
**YOUR  VOUCHER   IS  PROVIDED   ON  PAGE  1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

839   060318   CLE160   IS   0000030290   1

Page 01 (Con't Next Page)

**Johns Manville**
*717 17TH STREET*
*DENVER,  CO  80202*

**Earnings  Statement**

ADP®

Period Beginning:       01/05/2026
Period Ending:          01/11/2026
Pay Date:               01/16/2026

Taxable Marital Status:     Married
Exemptions/Allowances:
  Federal:          6
  TX:               No State Income Tax

**ROBERT   LATHAM**
**308  S.  BROADWAY**
**JOSHUA  TX  76058**

| Earnings | | rate | hours | this period | year to date |
|---|---|---|---|---|---|
| Reg Regular | # | 39.6900 | 36.00 | 1,428.84 | 3,651.48 |
| Ot Overtime | # | 59.5350 | .35 | 20.84 | 2,146.24 |
| Dbl Dbl Time | | 79.3811 | 3.07 | 243.70 | 1,449.48 |
| Sfb Shift 2 Ot | | 0.6000 | .35 | 0.21 | 1.21 |
| Sfw Shift 2 Dt | | 0.8000 | 2.93 | 2.34 | 12.96 |
| Sf2 Shift Df 2 | | 0.4000 | 33.07 | 13.23 | 27.31 |
| Hol Holiday | | | | | 635.04 |
| **Gross Pay** | | | | **$1,709.16** | 7,923.72 |

| Other | this period | year to date |
|---|---|---|
| Cka Checking 1 | -350.00 | |
| Sva Savings 1 | -748.45 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,512.38

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -67.87 | 576.20 |
| | Social Security Tax | -96.95 | 464.21 |
| | Medicare Tax | -22.67 | 108.56 |
| | **Other** | | |
| | Ada Add Pst-Tx1 | -3.12 | 9.36 |
| | Dn1 Den Pre-Tx1 | -14.18* | 42.54 |
| | Dpa Dep Life1 | -0.61 | 1.83 |
| | Md1 Med Pre-Tx1 | -125.80* | 377.40 |
| | Spa Sps Life1 | -5.72 | 17.16 |
| | Sup Ee Life Ins | -90.24 | 270.72 |
| | Usw Dues | -24.78 | 89.83 |
| | Uswa Union Dues | -0.79 | 3.25 |
| | Vs1 Vis Pre-Tx1 | -5.53* | 16.59 |
| | 401K Pre-Tx 85 | -51.27* | 237.71 |
| | 401K85 Gp Loan1 | -50.80 | 152.40 |
| | 401K85 Gp Loan2 | -50.38 | 151.14 |
| | **Net Pay** | **$1,098.45** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrw Hours Wrkd | 39.42 | 146.31 |
| Vac Acc | 120.00 | |
| 401 401K Er Mat | 25.64 | 118.86 |
| 415 Limits | 76.91 | 356.57 |

© 2000 ADP, Inc.

---

**Johns Manville**
717 17TH STREET
DENVER, CO 80202

Advice number:      00000030290
Pay date:           01/16/2026



Deposited to the account of
**ROBERT  LATHAM**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9174 | xxxx xxxx | $350.00 |
| | xxxxxxxx1169 | xxxx xxxx | $748.45 |

**NON-NEGOTIABLE**

**Earnings  Statement**

**ADP**®

**JohnsManville**
*717 17TH STREET*
*DENVER, CO 80202*

| | |
|---|---|
| Period  Beginning: | 01/05/2026 |
| Period  Ending: | 01/11/2026 |
| Pay  Date: | 01/16/2026 |

Taxable  Marital  Status:    Married
Exemptions/Allowances:
  Federal:        6
  TX:               No  State  Income  Tax

**ROBERT  LATHAM**
**308  S.  BROADWAY**
**JOSHUA  TX  76058**

**Average  Rate  (RROP)**
**Your  average  rate  (RROP)  this  period  is  $39.6900**
**Total  eligible  RROP  earnings  is  $1,442.73**
**Total  eligible  RROP  hours  is  36.35**

\#  RROP  eligible  hours  and  straight-time    earnings
\>  RROP  eligible  earnings  only

Average   Rate  (RROP)  =  RROP  Earns  /  RROP  Hours
Overtime   Rate  =  Job  Rate  +  (RROP  X  0.5)
Double-time    Rate  =  Job  Rate  X  2
Earnings  are  rounded   to  the  nearest   penny

© 2000  ADP,  Inc.

**CONTINUED   FROM  PRIOR  PAGE**
**YOUR  VOUCHER  IS  PROVIDED  ON  PAGE  1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**839**   060318   CLE160   IS      0000020299      1

Page  01  (Con't  Next  Page)



**Johns Manville**

*717  17TH  STREET*
*DENVER,   CO  80202*

## Earnings  Statement

**ADP**®

| | |
|---|---|
| Period  Beginning: | 12/29/2025 |
| Period  Ending: | 01/04/2026 |
| Pay  Date: | 01/09/2026 |

Taxable  Marital  Status:      Married
Exemptions/Allowances:
  Federal:            6
  TX:                 No State Income Tax

**ROBERT   LATHAM**
**308  S.  BROADWAY**
**JOSHUA  TX  76058**

### Earnings

| Earnings | | rate | hours | this  period | year  to  date |
|---|---|---|---|---|---|
| Reg  Regular | # | 39.6900 | 32.00 | 1,270.08 | 2,222.64 |
| Ot  Overtime | # | 59.5350 | 16.00 | 952.56 | 2,125.40 |
| Dbl  Dbl  Time | | 79.3785 | 1.77 | 140.50 | 1,205.78 |
| Hol  Holiday | | 39.6900 | 8.00 | 317.52 | 635.04 |
| Sfb  Shift  2  Ot | | 0.6000 | .83 | 0.50 | 1.00 |
| Sfw  Shift  2  Dt | | 0.8000 | .53 | 0.42 | 10.62 |
| Sf2  Shift  Df  2 | | 0.4000 | 11.95 | 4.78 | 14.08 |
| **Gross  Pay** | | | | **$2,686.36** | 6,214.56 |

### Deductions

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal  Income  Tax | -181.61 | 508.33 |
| | Social  Security  Tax | -157.53 | 367.26 |
| | Medicare  Tax | -36.84 | 85.89 |
| | **Other** | | |
| | Ada  Add  Pst-Tx1 | -3.12 | 6.24 |
| | Dn1  Den  Pre-Tx1 | -14.18* | 28.36 |
| | Dpa  Dep  Life1 | -0.61 | 1.22 |
| | Md1  Med  Pre-Tx1 | -125.80* | 251.60 |
| | Spa  Sps  Life1 | -5.72 | 11.44 |
| | Sup  Ee  Life  Ins | -90.24 | 180.48 |
| | Usw  Dues | -30.04 | 65.05 |
| | Uswa  Union  Dues | -1.16 | 2.46 |
| | Vs1  Vis  Pre-Tx1 | -5.53* | 11.06 |
| | 401K  Pre-Tx  85 | -80.59* | 186.44 |
| | 401K85  Gp  Loan1 | -50.80 | 101.60 |
| | 401K85  Gp  Loan2 | -50.38 | 100.76 |
| | **Net  Pay** | **$1,852.21** | |

| Other | this  period | year  to  date |
|---|---|---|
| Cka  Checking  1 | -350.00 | |
| Sva  Savings  1 | -1,502.21 | |
| **Net  Check** | **$0.00** | |

**\* Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$2,460.26

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Hrw  Hours  Wrkd | 49.77 | 106.89 |
| Vac  Acc | 120.00 | |
| 401  401K  Er  Mat | 40.29 | 93.22 |
| 415  Limits | 120.88 | 279.66 |

© 2000  ADP,  Inc.

**Johns Manville**

717  17TH  STREET
DENVER,  CO  80202

| | |
|---|---|
| **Advice  number:** | **00000020299** |
| Pay  date: | 01/09/2026 |

Deposited  to  the  account  of
**ROBERT   LATHAM**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxx9174 | xxxx  xxxx | $350.00 |
| xxxxxxxx1169 | xxxx  xxxx | $1,502.21 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**   ADP®

**Johns Manville**

717 17TH STREET
DENVER, CO 80202

| | |
|---|---|
| Period Beginning: | 12/29/2025 |
| Period Ending: | 01/04/2026 |
| Pay Date: | 01/09/2026 |

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:          6
   TX:                   No State Income Tax

**ROBERT  LATHAM**
**308  S.  BROADWAY**
**JOSHUA  TX  76058**

**Average  Rate  (RROP)**

**Your  average  rate  (RROP)  this  period  is  $39.6900**
**Total  eligible  RROP  earnings  is  $1,905.12**
**Total  eligible  RROP  hours  is  48.00**

\# RROP  eligible  hours  and  straight-time    earnings
\> RROP  eligible  earnings    only

Average    Rate  (RROP)  =  RROP  Earns  /  RROP  Hours
Overtime    Rate  =  Job  Rate  +  (RROP  X  0.5)
Double-time    Rate  =  Job  Rate  X  2
Earnings    are  rounded    to  the  nearest    penny

© 2000  ADP,  Inc.

**CONTINUED   FROM  PRIOR  PAGE**
**YOUR  VOUCHER   IS  PROVIDED   ON  PAGE  1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

## Earnings Statement

**ADP**

**Johns Manville**
717 17TH STREET
DENVER, CO 80202

Page 01 (Con't Next Page)
839    060318   CLE160   IS      0000010280      1

| | |
|---|---|
| Period Beginning: | 12/22/2025 |
| Period Ending: | 12/28/2025 |
| Pay Date: | 01/02/2026 |

Taxable Marital Status:     Married
Exemptions/Allowances:
  Federal:        6
  TX:              No State Income Tax

**ROBERT LATHAM**
**308 S. BROADWAY**
**JOSHUA TX 76058**

| Earnings | | rate | hours | this period | year to date |
|---|---|---|---|---|---|
| Reg Regular | # | 39.6900 | 24.00 | 952.56 | 952.56 |
| Ot Overtime | # | 59.5350 | 19.70 | 1,172.84 | 1,172.84 |
| Dbl Dbl Time | | 79.3800 | 13.42 | 1,065.28 | 1,065.28 |
| Hol Holiday | | 39.6900 | 8.00 | 317.52 | 317.52 |
| Sfb Shift 2 Ot | | 0.6000 | .83 | 0.50 | 0.50 |
| Sfw Shift 2 Dt | | 0.8000 | 12.75 | 10.20 | 10.20 |
| Sf2 Shift Df 2 | | 0.4000 | 23.25 | 9.30 | 9.30 |
| **Gross Pay** | | | | **$3,528.20** | 3,528.20 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -326.72 | 326.72 |
| | Social Security Tax | -209.73 | 209.73 |
| | Medicare Tax | -49.05 | 49.05 |
| | **Other** | | |
| | Ada Add Pst-Tx1 | -3.12 | 3.12 |
| | Dn1 Den Pre-Tx1 | -14.18* | 14.18 |
| | Dpa Dep Life1 | -0.61 | 0.61 |
| | Md1 Med Pre-Tx1 | -125.80* | 125.80 |
| | Spa Sps Life1 | -5.72 | 5.72 |
| | Sup Ee Life Ins | -90.24 | 90.24 |
| | Usw Dues | -35.01 | 35.01 |
| | Uswa Union Dues | -1.30 | 1.30 |
| | Vs1 Vis Pre-Tx1 | -5.53* | 5.53 |
| | 401K Pre-Tx 85 | -105.85* | 105.85 |
| | 401K85 Gp Loan1 | -50.80 | 50.80 |
| | 401K85 Gp Loan2 | -50.38 | 50.38 |
| | **Net Pay** | **$2,454.16** | |

| Other | this period | year to date |
|---|---|---|
| Cka Checking 1 | -350.00 | |
| Sva Savings 1 | -2,104.16 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$3,276.84

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrw Hours Wrkd | 57.12 | 57.12 |
| 401 401K Er Mat | 52.93 | 52.93 |
| 415 Limits | 158.78 | 158.78 |

© 2000 ADP, Inc.

**Johns Manville**
717 17TH STREET
DENVER, CO 80202

| | |
|---|---|
| Advice number: | 00000010280 |
| Pay date: | 01/02/2026 |

THIS IS NOT A CHECK

Deposited to the account of
**ROBERT LATHAM**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9174 | xxxx xxxx | $350.00 |
| xxxxxxxx1169 | xxxx xxxx | $2,104.16 |

**NON-NEGOTIABLE**

**JM**

**Johns Manville**

*717 17TH STREET*
*DENVER,  CO 80202*

839    060318   CLE160   IS   0000010280   1
Page  02

**Earnings  Statement**

**ADP**®

Period  Beginning:      12/22/2025
Period  Ending:         12/28/2025
Pay  Date:              01/02/2026

Taxable  Marital  Status:     Married
Exemptions/Allowances:
   Federal:          6
   TX:               No State Income  Tax

**ROBERT  LATHAM**
**308  S.  BROADWAY**
**JOSHUA  TX  76058**

**Average  Rate  (RROP)**

**Your  average  rate  (RROP)  this  period  is  $39.6900**
**Total  eligible  RROP  earnings  is  $1,734.45**
**Total  eligible  RROP  hours  is  43.70**

\# RROP  eligible  hours  and  straight-time    earnings
\> RROP  eligible  earnings  only

Average  Rate  (RROP) = RROP  Earns  /  RROP  Hours
Overtime  Rate = Job  Rate + (RROP  X  0.5)
Double-time  Rate = Job  Rate  X  2
Earnings  are  rounded  to  the  nearest  penny

© 2000  ADP,  Inc.

**CONTINUED   FROM  PRIOR  PAGE**

**YOUR  VOUCHER  IS  PROVIDED  ON  PAGE  1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**