UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

ROBERT FRANK LATHAM

CASE NO: 26-41426-mxm

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 18

---

On 4/10/2026, I did cause a copy of the following documents, described below,

Debtor's Chapter 13 Plan ECF Docket Reference No. 18

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/10/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

ROBERT FRANK LATHAM

CASE NO: 26-41426-mxm

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 18

On 4/10/2026, a copy of the following documents, described below,

Debtor's Chapter 13 Plan ECF Docket Reference No. 18

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/10/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-41426-MXM
NORTHERN DISTRICT OF TEXAS
FRI APR 10 6-43-43 PST 2026

ALLY BANK CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

501 W TENTH STREET
FORT WORTH  TX 76102-3637

AFFIRM  INC
ATTN BANKRUPTCY
PO BOX 720
SAN FRANCISCO  CA 94104-0720

ALLY BANK
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

ALLY FINANCIAL  INC
ATTN BANKRUPTCY
PO BOX 380901
BLOOMINGTON  IL 55438-0901

AMERICAN EXPRESS
PO BOX 001
LOS ANGELES  CA 90096-0001

ATTORNEY GENERAL
MAIN JUSTICE BLDG  ROOM 5111
10TH  CONSTITUTION AVE  NW
WASHINGTON  DC 20530-0001

AVANT
222 W MERCHANDISE MART P
CHICAGO  IL 60654-1105

AVANT
222 W MERCHANDISE MART PLAZA
CHICAGO  IL 60654-1105

BANK OF AMERICA
PO BOX 982238
EL PASO  TX 79998-2238

BANK OF AMERICA CONSUMER CREDIT CARDS
PO BOX 672050
DALLAS  TX 75267-2050

BEST EGG CROSS RIVER BANK
PO BOX 1269
GREENVILLE  SC 29602-1269

BRACKETT  ELLIS
100 MAIN ST
FORT WORTH  TX 76102-3008

CAINE  WEINERPROGRESSIVE
PO BOX 55848
SHERMAN OAKS  CA 91413-0848

CAPITAL ONE AUTO FINANCE
7933 PRESTON ROAD
PLANO  TX 75024-2302

CAPITAL ONE AUTO FINANCE
PO BOX 60511
CITY OF INDUSTRY  CA 91716-0511

CAPITAL ONE AUTO FINANCE  A DIVISION OF
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE BANK  CONSUMER CREDIT CARDS
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY  CA 91716-0500

EXCLUDE

(D)CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY  CA 91716-0500

CROWN ASSET MANAGEMENT
2950 DELAWARE ST  300
SAN MATEO  CA 94403-2580

DEPARTMENT OF JUSTICE TAX
1700 PACIFIC AVE SUITE 3700
DALLAS  TX 75201-4656

DEPT OF EDAIDVANTAGE
PO BOX 300001
GREENVILLE  TX 75403-3001

FETTI FINGERHUTWEBBANK
13300 PIONEER TRAIL
EDEN PRAIRE  MN 55347-4120

GOLDMAN SACHS
PO BOX 45400
SALT LAKE CITY  UT 84145-0400

IRS
SPECIAL PROCEDURESINSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JUSTICE OF THE PEACE  PRECINCT 2
247 ELK DRIVE 107
BURLESON  TX 76028-5869

KOHLS DEPARTMENT STORE
PO BOX 3115
MILWAUKEE  WI 53201-3115

LGBS
100 THROCKMORTON ST  300
FORT WORTH  TX 76102-2833

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LVNV FUNDING  LLC CO RESURGENT CAPITAL SERV
PO BOX 1269
GREENVILLE  SC 29602-1269

LASHONDA LATHAM
308 S BROADWAY ST
JOSHUA  TX 76058-3125

LINEBARGER GROGGANS BLAIR  SAMPSON  LLP
3500 MAPLE AVE STE 800
DALLAS  TX 75219-3959

NORRED LAW  PLLC
515 E BORDER
ARLINGTON  TX 76010-7402

OPPLOANSFEB
130 E RANDOLPH STREET  SUITE 34
CHICAGO  IL 60601-6379

PERDUE BRANDON FIELDER COLLINS AND MOTT LLP
500 E BORDER 640
ARLINGTON  TX 76010-7457

PORTFOLIO RECOVERY SERVICING  INC
PO BOX 65250
SALT LAKE CITY  UT 84165-0250

RICK BARNESTAX ASSESSOR
100 E WEATHERFORD STREET
FORT WORTH  TX 76196-0206

SHIPMAN COMPANIES
139 W ELLISON ST SUITE 201
BURLESON  TX 76028-4370

SYNCHRONY BANK
120 CORPORATE BLVD 100
NORFOLK  VA 23502-4952

SYNCHRONY BANK
120 CORPRATE BLVD 120
NORFOLK  VA 23502-4952

TEXAS ALCOHOLIC BEV COMM
LICENSES AND PERMITS DIVISION
PO BOX 13127
AUSTIN  TX 78711-3127

TEXAS WORKFORCE COMM
TEC BUILDINGBANKRUPTCY
101 E 15TH STREET
AUSTIN  TX 78778-0001

US ATTORNEYNORTH
3RD FLOOR  1100 COMMERCE ST
DALLAS  TX 75242

US TRUSTEE
1100 COMMERCE ST  RM 976
DALLAS  TX 75242-0996

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS  TX 75242-0996

UPSTART NETWORK INC
2950 S DELAWARE STREET  SUITE 410
SAN MATEO  CA 94403-2580

CLAYTON EVERETT
515 E BORDER ST
STE 163
76010
ARLINGTON  TX 76010-7402

DEBTOR

PAM BASSEL
OFFICE OF THE STANDING CH13 TRUSTEE
860 AIRPORT FREEWAY
SUITE 150
HURST  TX 76054-3256

ROBERT FRANK LATHAM
308 S BROADWAY ST
JOSHUA  TX 76058-3125