PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                              **CASE NO.: 26-41426-MXM-13**

**ROBERT FRANK LATHAM**
  308 S BROADWAY ST
  JOSHUA, TX 76058
  SSN/TIN: XXX-XX-8676

**DEBTOR**                                                                **MEETING: MAY  5, 2026**

### NOTICE OF § 341 MEETING OF CREDITORS BY VIDEO-CONFERENCE

The Standing Chapter 13 Trustee conducts the §341 meeting of creditors using Zoom.  Make certain that you and your client can access Zoom with the device each of you will be using to attend the §341 meeting of creditors.  If necessary, download the Zoom app at  www.zoom.us or the App store.  Pro-se debtors are required to ensure they can access Zoom.

The first meeting of creditors will be set on the date above.  The time for the meeting will be on our website.  Go to www.13network.com, go to Texas in the far right column, and click Pam Bassel (Fort Worth).  Once you are on our website, at the top of the right hand column, you will see "DEBTOR LAST NAME SORT" and "DEBTOR ATTORNEY FIRM NAME SORT".  Clicking either one takes you to a schedule of §341 meeting times.

All participants should log into Zoom a few minutes prior to the meeting.  To sign in, go to our website (see above) and, in the right hand column, find the heading "ZOOM LINK FOR ALL MEETINGS" which you can click to join the meeting.  Or, you can paste this link in your browser:

https://us02web.zoom.us/j/2357331135?pwd=T3Y1RzVVMFdZZ1pGZzNiVkItUjFvUT09&omn=81684243200

You may have to wait a few minutes for your §341 meeting of creditors to begin if the prior meeting is not concluded.  Please be on time to avoid delaying meetings set after yours.  If either the Debtor or the Debtor's attorney do not join the meeting on time, it will be re-set and a Motion to Dismiss the case may be filed.  If a creditor or other party does not join the meeting on time, the meeting will begin without them.

BEFORE THE MEETING

At least two days before the meeting, acceptable documents to verify each Debtor's identity and social security number must be uploaded To www.bkdocs.us .  If our office does not receive these documents, we will not hold the meeting, and a Motion to Dismiss the case will be filed.

Additionally, DEBTOR'S COUNSEL IS RESPONSIBLE FOR ENSURING THAT THE DEBTOR HAS THE TECHNOLOGICAL CAPABILITY TO BE SEEN AND HEARD DURING THE MEETING, THAT THE DEBTOR HAS DOWNLOADED THE ZOOM APP IF NEEDED, AND THAT THE DEBTOR HAS  SUFFICIENT BANDWIDTH TO PARTICIPATE IN THE MEETING.  THE DEBTOR MAY NEED TO BE PRESENT IN YOUR OFFICE IF NECESSARY.  PRO-SE DEBTORS HAVE THESE SAME RESPONSIBILITIES.

  **DEBTORS MAY TAKE A FREE ONLINE PERSONAL FINANCIAL MANAGEMENT COURSE WHICH SATISFIES ONE OF THE REQUIREMENTS FOR A CHAPTER 13 DISCHARGE BY GOING TO www.13class.com and using the Bassel Trustee Identifier Number TEN13033. (Do not use Truman office Trustee Identifier Number TEN13001.)**

                                            Respectfully submitted,

                              By:     /s/ Ethan S. Cartwright
                                         Ethan S. Cartwright, Staff Attorney
                                         Bar No. 24068273
                                         PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                         Bar No. 01344800
                                         860 Airport Freeway, Ste 150
                                         Hurst, TX 76054
                                         (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on or before April 15, 2026. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
      Ethan S. Cartwright

CREDITORS:

Affirm Inc,  Affirm Incorporated,  PO Box 720,  ***BAD ADDRESS***,  San Francisco, CA  94104-0000***

AIDVANTAGE ON BEHALF OF,  DEPT OF ED LOAN SERVICES,  PO BOX 300001,  GREENVILLE, TX  75403-0000

Ally Bank,  AIS Portfolio Services LP,  4515 N Santa Fe Ave Dept APS,  Oklahoma City, OK  73118

Ally Financial,  Attn: Bankruptcy Dept,  PO Box 380901,  Bloomington, MN  55438-0000

American Express,  PO Box 001,  Los Angeles, CA  90096

ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

Avant LLC,  222 W Merchandise Mart,  Chicago, IL  60654

BANK OF AMERICA,  PO BOX 982238,  EL PASO, TX  79998

Bank of America,  PO Box 672050,  Dallas, TX  75267

Best Egg Cross River Bank,  Po Box 1269,  Greenville, SC  29602

Brackett AND Ellis,  100 Main St,  Fort Worth, TX  76102

Caine Weiner,  Po Box 55848,  Sherman Oaks, CA  91413-0000

CAPITAL ONE,  PO BOX 30285,  SALT LAKE CITY, UT  84130

Capital One Auto Finance,  7933 Preston Road,  Plano, TX  75024

Capital One Auto Finance,  PO Box 60511,  City of Industry, CA  91716

CAPITAL ONE AUTO FINANCE,  C/O AIS PORTFOLIO,  4515 N SANTA FE AVE DEPT APS,  OKLAHOMA CITY, OK  73118-0000

CREDIT ONE BANK,  PO BOX 60500,  CITY OF INDUSTRY, CA  91716

Crown Asset Management,  2950 Delaware St #300,  San Mateo, CA  94403

Department of Justice Tax,  1700 Pacific Ave Suite 3700,  Dallas, TX  75201

Fingerhut Webbank,  13300 Pioneer Trail,  Eden Prairie, MN  55347

Goldman Sachs,  PO Box 45400,  Salt Lake City, UT  84145

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

Jefferson Capital Systems LLC,  PO Box 7999,  Saint Cloud, MN  56302

Justice of the Peace Precinct 2,  247 Elk Drive #107,  Burleson, TX  76028

Kohls Department Store,  PO Box 3115,  Milwaukee, WI  53201

Lashonda Latham,  308 S Broadway St,  Joshua, TX  76058

LGBS,  100 Throckmorton St # 300,  Fort Worth, TX  76102

LINEBARGER GOGGAN BLAIR AND SAMPSON,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

LVNV Funding LLC,  PO Box 1269,  Greenville, SC  29602

LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603

OPPLOANS FEB,  130 E RANDOLPH ST STE 34,  CHICAGO, IL  60601

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

Portfolio Recovery Servicing Inc,  PO Box 65250,  Salt Lake City, UT  84165

RICK D BARNES TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  3500 Maple Ave Ste 800,  DALLAS, TX  7521

RICK D BARNES TARRANT COUNTY TAX OFFICE,  100 E WEATHERFORD STREET,  FORT WORTH, TX  76196

Shipman Companies,  139 W Ellison St Ste 201,  Burleson, TX  76028-0000

TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  101 E 15TH ST, RM 556,  AUSTIN, TX  78778-0000

UNITED STATES ATTORNEY,  1100 COMMERCE ST 3RD FLOOR,  DALLAS, TX  75242

Upstart Network Inc,  2950 S Delaware Street Suite 410,  San Mateo, CA  94403

US DEPARTMENT OF JUSTICE,  10TH & CONSTITUTION NW,  WASHINGTON, DC  20530-0000

***Address on record invalid for recipient -- no document mailed to this party.