Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

In re:

Robert Frank Latham,                                    Case No. 26-41426-mxm13
                                                              Chapter 13

Debtor.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's *Notice of Chapter 13 Bankruptcy Case* [ECF 5] and the *Chapter 13 Plan* [ECF 18] was served on April 15, 2026, via First-Class Mail on Ally Auto Finance at the following address:

Ally Auto Finance
PO Box 380902
Minneapolis, MN 55438

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor

26-41426-mxm13, Certificate of Service            1