**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**IN RE:**                                                                                    **CASE NO.: 26-41426-MXM-13**

**ROBERT FRANK LATHAM**
  308 S BROADWAY ST
  JOSHUA, TX 76058
  SSN/TIN: XXX-XX-8676

**DEBTOR**

### NOTICE OF FUTURE HEARINGS TO BE CONDUCTED VIA WEBEX

Until further notice, any hearings for this case will be conducted using WebEx, an online video conferencing application. To get a hyperlink, meeting number, and password for the hearing:

1.       Go to https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates

2.       Select the WebEx Instructions for the correct hearing date.

The information on the hearing date will include a link for the WebEx hearing as well as the meeting number and password. Parties that will not introduce evidence at the hearing and who wish to attend the hearing in telephonic mode only may telephonically join the hearing by using the dial-in numbers and meeting number (access code) which are also contained in the hearing date information.

A docket call will commence at the date and time listed on the Notice of Hearing for any particular matter. Hearings will commence immediately following the conclusion of the docket call.

### REMINDERS

1.  Attendees should join the WebEx hearing 10 minutes prior to the hearing time. You may join by cell phone, tablet, laptop, or desktop. You may also use a landline telephone if you are appearing telephonically only.

2.  All witnesses must use the video function. Attorneys or debtors representing themselves who anticipate giving extensive legal argument are also encouraged to use the video function.

3.  Participants who wish to speak at the hearing should choose the "Use computer for audio" or "call in" options. If you choose the "call in" option, please enter the Attendee ID when prompted to do so. This allows the Court to see the names of the caller participants and speeds up the appearance phase at the beginning of the hearing.

4.  If a matter is not resolved prior to the hearing date, attorneys and debtors who represent themselves must join the WebEx meeting by the time the docket call begins.

5.  Participants will mute and unmute themselves to save time. Please remember to do this. Use the mute function when you are not actually speaking. Remember to unmute yourself prior to speaking.

6.   State your name for the record each time before speaking. Speak slowly and clearly at all times.

7.   Use headphones if possible, especially if you are using a desktop PC with external speakers.

8.   Use the "speaker" view so that you can clearly see the person speaking during the hearing.  This helps prevent talking over other speakers.  Hover in the upper right corner of your display and click on the second button from the right.  Select Active Speaker Video View or Active Speaker and Thumbnail Video View (your preference).  If you select the Grid View, all speakers will appear as thumbnails and you will not be able to clearly see the speaker's face.

9.   The attorney and any witness should use separate cameras and microphones.  You may be in the same physical location, but the camera and microphone should be different.

10. Use the "share" button to share a screen or document, like an exhibit, with other participants.  There are two ways to "Share".  Either use the third button from the left at the bottom of the screen OR select the "Share" tab at the top of the screen and select "Share Content."

11. The attorney calling a witness is responsible for providing the witness with the information necessary to enter the WebEx hearing and for ensuring that any witness knows how to conduct themselves during the hearing.

12. If you are sharing exhibits for admission by the Court, please practice using the share function prior to the hearing date to ensure that hearings are be conducted as efficiently as possible. Additionally, a Witness and Exhibit List with all exhibits attached, other than rebuttal evidence, should be filed on ECF in advance of the hearing date.

13. If you are representing yourself, you are responsible for following all of these procedures regarding WebEx hearings including any procedures related to witnesses or exhibits.

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
      Ethan S. Cartwright, Staff Attorney
      Bar No. 24068273
      PAM BASSEL STANDING CHAPTER 13 TRUSTEE
      Bar No. 01344800
      860 Airport Freeway, Ste 150
      Hurst, TX 76054
      (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on the Debtor's attorney and on all parties entitled to electronic service through ECF by the filing of this Notice and by first class mail, postage pre-paid, on any *pro se* debtor.

By:   /s/ Ethan S. Cartwright
      Ethan S. Cartwright