**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

**IN RE:**                                                                                     **CASE NO.: 26-41426-MXM-13**

**ROBERT FRANK LATHAM**

308 S BROADWAY ST
JOSHUA, TX 76058
SSN/TIN: XXX-XX-8676

**DEBTOR**

**REPORT OF SECTION 341 MEETING**

**Meeting Information:**                 Meeting Date:  May 5, 2026
                                         Original Date:   May 5, 2026

**341 Meeting:    CONCLUDED**

By:    /s/  Ethan Cartwright
       Ethan Cartwright
       Presiding Officer