**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

**IN RE:**                                                                                   **CASE NO: 26-41426-MXM-13**

**ROBERT FRANK LATHAM**
    308 S BROADWAY ST
    JOSHUA, TX 76058
    SSN/TIN: XXX-XX-8676

**DEBTOR**                                                                 **HEARING: JUNE 18, 2026  AT 8:30 AM**

### NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THE PLAN SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER CONFIRMING IT.

If an objection is timely filed and not resolved by the hearing date, this matter will be called at the docket call on the time and date above in ROOM 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone**:

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
        Ethan S. Cartwright, Staff Attorney
        Bar No. 24068273
        PAM BASSEL STANDING CHAPTER 13 TRUSTEE
        Bar No. 01344800
        860 Airport Freeway, Ste 150
        Hurst, TX 76054
        (817) 916-4710 Phone

NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER  13 PLAN

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served on the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.


By:    /s/ Ethan S. Cartwright
        Ethan S. Cartwright

CREDITORS:

Affirm Inc,  Affirm Incorporated,  PO Box 720,  ***BAD ADDRESS***,  San Francisco, CA  94104-0000***

AIDVANTAGE ON BEHALF OF,  DEPT OF ED LOAN SERVICES,  PO BOX 300001,  GREENVILLE, TX  75403-0000

ALLY BANK,  PAYMENT PROCESSING CENTER,  PO BOX 660618,  DALLAS, TX  75266-0000

Ally Bank,  AIS Portfolio Services LP,  4515 N Santa Fe Ave Dept APS,  Oklahoma City, OK  73118

Ally Financial,  Attn: Bankruptcy Dept,  PO Box 380901,  Bloomington, MN  55438-0000

American Express,  PO Box 001,  Los Angeles, CA  90096

ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

Avant LLC,  222 W Merchandise Mart,  Chicago, IL  60654

Bank of America,  PO Box 672050,  Dallas, TX  75267

BANK OF AMERICA,  PO BOX 982238,  EL PASO, TX  79998

BECKET & LEE,  PO BOX 3001,  MALVERN, PA  19355-0000

Best Egg Cross River Bank,  Po Box 1269,  Greenville, SC  29602

Brackett AND Ellis,  100 Main St,  Fort Worth, TX  76102

Caine Weiner,  Po Box 55848,  Sherman Oaks, CA  91413-0000

CAPITAL ONE,  PO BOX 30285,  SALT LAKE CITY, UT  84130

CAPITAL ONE AUTO,  C/O AIS PORTFOLIO SERVICES,  PO BOX 4360,  HOUSTON, TX  77210-0000

CAPITAL ONE AUTO FINANCE,  C/O AIS PORTFOLIO,  4515 N SANTA FE AVE DEPT APS,  OKLAHOMA CITY, OK  73118-0000

Capital One Auto Finance,  PO Box 60511,  City of Industry, CA  91716

Capital One Auto Finance,  7933 Preston Road,  Plano, TX  75024

CREDIT ONE BANK,  PO BOX 60500,  CITY OF INDUSTRY, CA  91716

Crown Asset Management,  2950 Delaware St #300,  San Mateo, CA  94403

Department of Justice Tax,  1700 Pacific Ave Suite 3700,  Dallas, TX  75201

Fingerhut Webbank,  13300 Pioneer Trail,  Eden Prairie, MN  55347

Goldman Sachs,  PO Box 45400,  Salt Lake City, UT  84145

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

Jefferson Capital Systems LLC,  PO Box 7999,  Saint Cloud, MN  56302

JEFFERSON CAPITAL SYSTEMS LLC,  PO BOX 7999,  ST CLOUD, MN  56302-0000

JEFFERSON CAPITAL SYSTEMS LLC,  PO BOX 772813,  CHICAGO, IL  60677-0000

Justice of the Peace Precinct 2,  247 Elk Drive #107,  Burleson, TX  76028

Kohls Department Store,  PO Box 3115,  Milwaukee, WI  53201

Lashonda Latham,  308 S Broadway St,  Joshua, TX  76058

LGBS,  100 Throckmorton St # 300,  Fort Worth, TX  76102

LINEBARGER GOGGAN BLAIR AND SAMPSON,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603

LVNV Funding LLC,  PO Box 1269,  Greenville, SC  29602

OPPLOANS FEB,  130 E RANDOLPH ST STE 34,  CHICAGO, IL  60601

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

Portfolio Recovery Servicing Inc,  PO Box 65250,  Salt Lake City, UT  84165

RICK D BARNES TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

RICK D BARNES TARRANT COUNTY TAX OFFICE,  100 E WEATHERFORD STREET,  FORT WORTH, TX  76196

Shipman Companies,  139 W Ellison St Ste 201,  Burleson, TX  76028-0000

TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  101 E 15TH ST, RM 556,  AUSTIN, TX  78778-0000

UNITED STATES ATTORNEY,  1100 COMMERCE ST 3RD FLOOR,  DALLAS, TX  75242

Upstart Network Inc,  2950 S Delaware Street Suite 410,  San Mateo, CA  94403

US DEPARTMENT OF JUSTICE,  10TH & CONSTITUTION NW,  WASHINGTON, DC  20530-0000

***Address on record invalid for recipient -- no document mailed to this party.