Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Robert Frank Latham

# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br><br>Robert Frank Latham,<br><br>Debtor. | Case No. 26-41426-mxm13<br><br>Chapter 13 |

## NOTICE OF CONVERSION UNDER 11 U.S.C. § 1307(a)

COMES NOW, Robert Frank Latham ("Debtor"), and files this Notice of Conversion under 11 U.S.C. § 1307(a) ("Notice of Conversion") and, in support thereof, respectfully states the following:

## I. JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This matter concerns the administration of the Debtor's bankruptcy estate; accordingly, this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The relief requested herein is made pursuant to 11 U.S.C. §§ 105 and 1307(a) and Fed. R. Bankr. P. 1017(f)(3).

## II. BACKGROUND

3. On March 31, 2026 (the "Petition Date"), the Debtor commenced this bankruptcy case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code").

4. Since the Petition Date, the Debtor has experienced a material change in his health and employment circumstances that has resulted in a substantial reduction in his anticipated income.

5. As a result of the Debtor's changed financial circumstances, the Debtor is no longer able to maintain the payments required under his Chapter 13 plan and has elected to convert this case to Chapter 7.

6. Section 1307(a) of the Bankruptcy Code provides that a debtor may convert a Chapter 13 case to a Chapter 7 case at any time. Bankruptcy Rule 1017(f)(3) further provides that such a conversion occurs without court order upon the filing of a notice of conversion.

7. The Debtor's estate hereby elects to convert this Chapter 13 case to a Chapter 7 case.

## III. DEBTOR'S 1019 REPORT AND SCHEDULE UPON CONVERSION

8. No property is being abandoned.

9. No new property or executory contracts or unexpired leases were entered into, assumed, or acquired by the Debtor between the Petition Date and the conversion date.

10. This report is made pursuant to Bankruptcy Rules 1019(5)(B) and 1019(5)(C), and Local Bankruptcy Rule 1019-1(a).

WHEREFORE, the Debtor respectfully requests that the Clerk promptly transmit a copy of this Notice to the United States Trustee and that all interested parties take notice of the conversion.

DATED: September 10, 2026.

Respectfully submitted,

NORRED LAW, PLLC

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 10, 2026, a true and correct copy of the foregoing document was served via ECF notification on the recipients receiving electronic notice in this case.

/s/ Clayton L. Everett
Clayton L. Everett