Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Robert Frank Latham

United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br><br>Robert Frank Latham,<br><br>Debtor. | Case No. 26-41426<br><br>Chapter 7 |

**DEBTOR'S RESPONSE TO TRUSTEE'S NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL**

COMES NOW, Robert Frank Latham ("Debtor"), and files this Response to the Chapter 13 Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal [Doc. 32] (the "Notice of Intent") and, in support thereof, respectfully shows the Court as follows:

1. On September 1, 2026, Standing Chapter 13 Trustee Pam Bassel filed the Notice of Intent regarding alleged Chapter 13 plan payment delinquencies.

2. On September 10, 2026, pursuant to 11 U.S.C. § 1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3), the Debtor filed his *Notice of Conversion Under 11 U.S.C. § 1307(a)* [Doc. 33], converting this case from Chapter 13 to Chapter 7.

3. Pursuant to Fed. R. Bankr. P. 1017(f)(3), conversion under 11 U.S.C. § 1307(a) occurs without court order upon the filing of the Notice of Conversion.

4. Because the case has been converted to Chapter 7, Chapter 13 plan payment obligations are no longer applicable, and the Trustee's Notice of Intent is now moot.

**WHEREFORE, PREMISES CONSIDERED**, the Debtor respectfully requests that the Court and Standing Chapter 13 Trustee mark the Notice of Intent as moot, vacate the hearing scheduled for October 15, 2026, and grant such other and further relief to which the Debtor may be justly entitled.

DATED: September 10, 2026

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2026, a true and correct copy of the foregoing document was served via ECF notification on Standing Chapter 13 Trustee Pam Bassel, the United States Trustee, and all parties receiving electronic notice in this case.

/s/ Clayton L. Everett
Clayton L. Everett