Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Robert Frank Latham

# United States Bankruptcy Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br><br>Robert Frank Latham,<br><br>Debtor. | Case No. 26-41426-mxm7<br><br>Chapter 7 |

## DEBTOR'S AMENDED REPORT UPON CONVERSION PURSUANT TO FED. R. BANKR. P. 1019 AND N.D. TEX. L.B.R. 1019-1

Robert Frank Latham ("Debtor") files this Report Upon Conversion pursuant to Federal Rule of Bankruptcy Procedure 1019 and N.D. Tex. L.B.R. 1019-1 and respectfully states as follows:

1. Debtor commenced this case by filing a voluntary petition under Chapter 13 of the Bankruptcy Code on March 31, 2026.

2. On September 10, 2026, Debtor filed his Notice of Conversion pursuant to 11 U.S.C. § 1307(a). The Court subsequently entered its Order Regarding Notice of Conversion, and the case was converted to Chapter 7 effective September 10, 2026.

3. **Assets Remaining in Debtor's Possession**. Debtor's assets remaining in his possession as of the conversion date are substantially the assets previously disclosed on Debtor's Schedule A/B, subject to ordinary changes in account balances and the condition or value of personal property occurring during the Chapter 13 case.

4. **Abandoned Property**. No property was abandoned during the Chapter 13 case.

5. **Property Subject to Termination of the Automatic Stay**. No property was subject to termination of the automatic stay during the Chapter 13 case.

6. **Postpetition Obligations**. Between the March 31, 2026 petition date and the September 10, 2026 conversion date, Debtor incurred the following unpaid postpetition obligations.

| **Creditor** | **Address** | **Nature of Obligation** | **Amount** |
|---|---|---|---|
| 4 Change Energy | P.O. Box 660848, Dallas, TX 75266 | Utility/Electric Service | $532.00 |
| Atmos Energy | P.O. Box 740353, Cincinnati, OH 45274 | Utility/Gas Service | $48.44 |
| Johnson County Special Utility District | 740 FM 3048, P.O. Box 1390, Joshua, TX 76058 | Utility/Water Service | $96.33 |
| North Texas Heart and Vascular | 13000 Bella Italia, Fort Worth, TX 76126 | Medical Services | $840.58 |
| NTTA | P.O. Box 660244, Dallas, TX 75266 | Toll Charges | $44.10 |
| **Total** | | | **$1,561.45** |

7. Debtor will file a supplemental mailing matrix containing the names and addresses of the foregoing postpetition creditors as required by N.D. Tex. L.B.R. 1019-1.

8. **Executory Contracts and Unexpired Leases**. Debtor did not enter into or assume any new executory contract or unexpired lease after the petition date and before conversion.

9. Debtor will contemporaneously file Official Form 122A as required following conversion to Chapter 7.

## DECLARATION

I, Robert Frank Latham, declare under penalty of perjury that I have read the foregoing Debtor's Report Upon Conversion and that the information stated therein and in any attachments is true and correct to the best of my knowledge, information, and belief.

Robert Frank Latham, Debtor

DATED: September 17, 2026.

Respectfully submitted,

NORRED LAW, PLLC

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2026, a true and correct copy of the foregoing document was served via ECF notification on the recipients receiving electronic notice in this case and via USPS on the following creditors:

4 Change Energy
P.O. Box 660848
Dallas, TX 75266

NTTA
P.O. Box 660244
Dallas, TX 75266

Johnson County Special Utility District
740 FM 3048, P.O. Box 1390
Joshua, TX 76058

Atmos Energy
P.O. Box 740353
Cincinnati, OH 45274

North Texas Heart and Vascular
13000 Bella Italia
Fort Worth, TX 76126

/s/ Clayton L. Everett
Clayton L. Everett