August 21, 2026

AdventHealth

| | | | |
|---|---|---|---|
| **Patient:** | Robert Frank Latham | **Department Information:** | THH TEXAS HEALTH HUGULEY<br>TEXAS HEALTH HUGULEY HOSPITAL FORT WORTH SOUTH EMERGENCY DEPARTMENT<br>11801 SOUTH FREEWAY<br>BURLESON TX 76028-7021<br>817-293-9110 |
| **Date of Birth:** | 10/04/1968 | | |
| **Date of Visit:** | 8/21/2026 | | |

To Whom It May Concern:

Robert Latham was seen and treated in our emergency department on 8/21/2026.
He may return to work on 08/24/2026.
Pt is to be on light duty for one week 08/28/26

If you have any questions or concerns, please don't hesitate to call.

Mehboob S. Qassam, MD

Johns Manville

200 W. Industrial Blvd.

Cleburne, Tx 76033

Robert Latham is a Day Maintainer, scheduled 6:30 am – 2:30 pm, Monday through Friday, 40 hours a week.

Daniel Blanchette

Maintenance Supervisor

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 839 | 060318 | CLE160 | IS | 0000370318 | 1 |

# Earnings Statement

Johns Manville
717 17TH STREET
DENVER, CO 80202

Period Beginning: 08/31/2026
Period Ending: 09/06/2026
Pay Date: 09/11/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 6
TX: No State Income Tax

**ROBERT LATHAM**
**308 S. BROADWAY**
**JOSHUA TX 76058**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 40.8800 | 40.00 | 1,635.20 | 42,005.37 |
| Ot Overtime | | | | 18,752.35 |
| Call In Min Hrs | | | | 163.52 |
| Cip | | | | 2,366.26 |
| Dbl Dbl Time | | | | 10,251.68 |
| Equipment | | | | 250.00 |
| Grv Grieve Pay | | | | 52.79 |
| Hol Holiday | | | | 2,587.76 |
| Sfb Shift 2 Ot | | | | 19.03 |
| Sfw Shift 2 Dt | | | | 94.22 |
| Sf2 Shift Df 2 | | | | 223.73 |
| Vot Vac Ot | | | | 5,985.18 |
| **Gross Pay** | | | **$1,635.20** | 82,751.89 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -59 .26 | 5,566.81 |
| | Social Security Tax | -92 .36 | 4,796.82 |
| | Medicare Tax | -21 .60 | 1,121.84 |
| | **Other** | | |
| | Ada Add Pst-Tx1 | -3 .12 | 115.44 |
| | Dn1 Den Pre-Tx1 | -14 .18* | 524.66 |
| | Dpa Dep Life1 | -0 .61 | 22.57 |
| | Md1 Med Pre-Tx1 | -125 .80* | 4,654.60 |
| | Spa Sps Life1 | -5 .72 | 211.64 |
| | Sup Ee Life Ins | -90 .24 | 3,338.88 |
| | Usw Dues | -23 .71 | 1,061.01 |
| | Uswa Union Dues | -0 .80 | 33.23 |

| Other | this period | year to date |
|---|---|---|
| Vs1 Vis Pre-Tx1 | -5 .53* | 204.61 |
| 401K Pre-Tx 85 | -49 .06* | 2,473.49 |
| 401K85 Gp Loan1 | -57 .12 | 1,847.52 |
| 401K85 Gp Loan2 | -52 .19 | 1,783.21 |
| **Net Pay** | **$1,033.90** | |
| Cka Checking 1 | -20 .00 | |
| Sva Savings 1 | -1 ,013.90 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,440.63

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrw Hours Wrkd | 40.00 | 1,474.66 |
| Vac Acc | 2.00 | |
| 401 401K Er Mat | 24.53 | 1,236.75 |
| 415 Limits | 73.59 | 3,710.24 |

© 2000 ADP, Inc.

Johns Manville
717 17TH STREET
DENVER, CO 80202

**Advice number:** **00000370318**
Pay date: 09/11/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ROBERT LATHAM** | xxxxxxx9174 | xxxx xxxx | $20.00 |
| | xxxxxxxx1169 | xxxx xxxx | $1,013.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 839 | 060318 | CLE160 | IS | 0000360305 | 1 |

# Earnings Statement

Johns Manville
717 17TH STREET
DENVER, CO 80202

Period Beginning: 08/24/2026
Period Ending: 08/30/2026
Pay Date: 09/04/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 6
TX: No State Income Tax

**ROBERT LATHAM**
**308 S. BROADWAY**
**JOSHUA TX 76058**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 40.8800 | 40.00 | 1,635.20 | 40,370.17 |
| Ot Overtime | | | | 18,752.35 |
| Call In Min Hrs | | | | 163.52 |
| Cip | | | | 2,366.26 |
| Dbl Dbl Time | | | | 10,251.68 |
| Equipment | | | | 250.00 |
| Grv Grieve Pay | | | | 52.79 |
| Hol Holiday | | | | 2,587.76 |
| Sfb Shift 2 Ot | | | | 19.03 |
| Sfw Shift 2 Dt | | | | 94.22 |
| Sf2 Shift Df 2 | | | | 223.73 |
| Vot Vac Ot | | | | 5,985.18 |
| **Gross Pay** | | | **$1,635.20** | 81,116.69 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -59 .26 | 5,507.55 |
| | Social Security Tax | -92 .36 | 4,704.46 |
| | Medicare Tax | -21 .60 | 1,100.24 |
| | **Other** | | |
| | Ada Add Pst-Tx1 | -3 .12 | 112.32 |
| | Dn1 Den Pre-Tx1 | -14 .18* | 510.48 |
| | Dpa Dep Life1 | -0 .61 | 21.96 |
| | Md1 Med Pre-Tx1 | -125 .80* | 4,528.80 |
| | Spa Sps Life1 | -5 .72 | 205.92 |
| | Sup Ee Life Ins | -90 .24 | 3,248.64 |
| | Usw Dues | -23 .71 | 1,037.30 |
| | Uswa Union Dues | -0 .80 | 32.43 |

| Other | this period | year to date |
|---|---|---|
| Vs1 Vis Pre-Tx1 | -5 .53* | 199.08 |
| 401K Pre-Tx 85 | -49 .06* | 2,424.43 |
| 401K85 Gp Loan1 | -57 .12 | 1,790.40 |
| 401K85 Gp Loan2 | -52 .19 | 1,731.02 |
| **Net Pay** | **$1,033.90** | |
| Cka Checking 1 | -20 .00 | |
| Sva Savings 1 | -1 ,013.90 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,440.63

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrw Hours Wrkd | 40.00 | 1,434.66 |
| Vac Acc | 2.00 | |
| 401 401K Er Mat | 24.53 | 1,212.22 |
| 415 Limits | 73.59 | 3,636.65 |

© 2000 ADP, Inc.

Johns Manville
717 17TH STREET
DENVER, CO 80202

**Advice number:** **00000360305**
Pay date: 09/04/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ROBERT LATHAM** | xxxxxxx9174 | xxxx xxxx | $20.00 |
| | xxxxxxxx1169 | xxxx xxxx | $1,013.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO. FILE DEPT. CLOCK VCHR. NO.
839 060318 CLE160 IS 0000350305 1

# Earnings Statement

ADP

Johns Manville
717 17TH STREET
DENVER, CO 80202

Period Beginning: 08/17/2026
Period Ending: 08/23/2026
Pay Date: 08/28/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 6
TX: No State Income Tax

**ROBERT LATHAM**
**308 S. BROADWAY**
**JOSHUA TX 76058**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 40.8800 | 26.13 | 1,068.19 | 38,734.97 |
| Dbl Dbl Time | 81.7647 | 1.02 | 83.40 | 10,251.68 |
| Sfw Shift 2 Dt | 1.0000 | .67 | 0.67 | 94.22 |
| Sf2 Shift Df 2 | 0.5000 | 25.47 | 12.74 | 223.73 |
| Ot Overtime | | | | 18,752.35 |
| Call In Min Hrs | | | | 163.52 |
| Cip | | | | 2,366.26 |
| Equipment | | | | 250.00 |
| Grv Grieve Pay | | | | 52.79 |
| Hol Holiday | | | | 2,587.76 |
| Sfb Shift 2 Ot | | | | 19.03 |
| Vot Vac Ot | | | | 5,985.18 |
| | **Gross Pay** | | **$1,165.00** | 79,481.49 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -11 .73 | 5,448.29 |
| | Social Security Tax | -63 .21 | 4,612.10 |
| | Medicare Tax | -14 .79 | 1,078.64 |
| | **Other** | | |
| | Ada Add Pst-Tx1 | -3 .12 | 109.20 |
| | Dn1 Den Pre-Tx1 | -14 .18* | 496.30 |
| | Dpa Dep Life1 | -0 .61 | 21.35 |
| | Md1 Med Pre-Tx1 | -125 .80* | 4,403.00 |
| | Spa Sps Life1 | -5 .72 | 200.20 |
| | Sup Ee Life Ins | -90 .24 | 3,158.40 |
| | Usw Dues | -16 .89 | 1,013.59 |
| | Uswa Union Dues | -0 .54 | 31.63 |

| Other | this period | year to date |
|---|---|---|
| Vs1 Vis Pre-Tx1 | -5 .53* | 193.55 |
| 401K Pre-Tx 85 | -34 .95* | 2,375.37 |
| 401K85 Gp Loan1 | -57 .12 | 1,733.28 |
| 401K85 Gp Loan2 | -52 .19 | 1,678.83 |
| **Net Pay** | **$668.38** | |
| Cka Checking 1 | -20 .00 | |
| Sva Savings 1 | -648 .38 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $984.54

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrw Hours Wrkd | 27.15 | 1,394.66 |
| Vac Acc | 2.00 | |
| 401 401K Er Mat | 17.48 | 1,187.69 |
| 415 Limits | 52.43 | 3,563.06 |

© 2000 ADP, Inc.

Johns Manville
717 17TH STREET
DENVER, CO 80202

**Advice number:** **00000350305**
Pay date: 08/28/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ROBERT LATHAM** | xxxxxxx9174 | xxxx xxxx | $20.00 |
| | xxxxxxxx1169 | xxxx xxxx | $648.38 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 839 | 060318 | CLE160 | IS | 0000340308 | 1 |

Page 01 (Con't Next Page)

# Earnings Statement

ADP

**Johns Manville**
717 17TH STREET
DENVER, CO 80202

Period Beginning: 08/10/2026
Period Ending: 08/16/2026
Pay Date: 08/21/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 6
TX: No State Income Tax

**ROBERT LATHAM**
**308 S. BROADWAY**
**JOSHUA TX 76058**

## Earnings

| Earnings | | rate | hours | this period | year to date |
|---|---|---|---|---|---|
| Reg Regular | # | 40.8800 | 13.70 | 560.06 | 37,666.78 |
| Ot Overtime | # | 61.3200 | 11.62 | 712.54 | 18,752.35 |
| Dbl Dbl Time | | 81.7500 | .80 | 65.40 | 10,168.28 |
| Sfw Shift 2 Dt | | 1.0000 | .03 | 0.03 | 93.55 |
| Sf2 Shift Df 2 | | 0.5000 | 1.08 | 0.54 | 210.99 |
| Call In Min Hrs | | | | | 163.52 |
| Cip | | | | | 2,366.26 |
| Equipment | | | | | 250.00 |
| Grv Grieve Pay | | | | | 52.79 |
| Hol Holiday | | | | | 2,587.76 |
| Sfb Shift 2 Ot | | | | | 19.03 |
| Vot Vac Ot | | | | | 5,985.18 |
| **Gross Pay** | | | | **$1,338.57** | 78,316.49 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -28.56 | 5,436.56 |
| Social Security Tax | -73.97 | 4,548.89 |
| Medicare Tax | -17.30 | 1,063.85 |

| Other | this period | year to date |
|---|---|---|
| Ada Add Pst-Tx1 | -3.12 | 106.08 |
| Dn1 Den Pre-Tx1 | -14.18* | 482.12 |
| Dpa Dep Life1 | -0.61 | 20.74 |
| Md1 Med Pre-Tx1 | -125.80* | 4,277.20 |
| Spa Sps Life1 | -5.72 | 194.48 |
| Sup Ee Life Ins | -90.24 | 3,068.16 |
| Usw Dues | -19.41 | 996.70 |
| Uswa Union Dues | -0.52 | 31.09 |

| Other | this period | year to date |
|---|---|---|
| Vs1 Vis Pre-Tx1 | -5.53* | 188.02 |
| 401K Pre-Tx 85 | -40.16* | 2,340.42 |
| 401K85 Gp Loan1 | -57.12 | 1,676.16 |
| 401K85 Gp Loan2 | -52.19 | 1,626.64 |
| **Net Pay** | **$804.14** | |
| Cka Checking 1 | -20.00 | |
| Sva Savings 1 | -784.14 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,152.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrw Hours Wrkd | 26.12 | 1,367.51 |
| Vac Acc | 2.00 | |
| 401 401K Er Mat | 20.08 | 1,170.21 |
| 415 Limits | 60.24 | 3,510.63 |

© 2000 ADP, Inc.

**Johns Manville**
717 17TH STREET
DENVER, CO 80202

**Advice number:** **00000340308**
Pay date: 08/21/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ROBERT LATHAM** | xxxxxxx9174 | xxxx xxxx | $20.00 |
| | xxxxxxxx1169 | xxxx xxxx | $784.14 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 839 | 060318 | CLE160 | IS | 0000340308 1 |

Page 02

# Earnings Statement

Johns Manville
717 17TH STREET
DENVER, CO 80202

Period Beginning: 08/10/2026
Period Ending: 08/16/2026
Pay Date: 08/21/2026

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 6
TX: No State Income Tax

**ROBERT LATHAM**
**308 S. BROADWAY**
**JOSHUA TX 76058**

## Average Rate (RROP)

**Your average rate (RROP) this period is $40.8800**
**Total eligible RROP earnings is $1,035.09**
**Total eligible RROP hours is 25.32**

# RROP eligible hours and straight-time earnings
> RROP eligible earnings only

Average Rate (RROP) = RROP Earns / RROP Hours
Overtime Rate = Job Rate + (RROP X 0.5)
Double-time Rate = Job Rate X 2
Earnings are rounded to the nearest penny

© 2000 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**