United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-41426-mxm
Robert Frank Latham Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 4
Date Rcvd: Sep 15, 2026 Form ID: pdf020 Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Frank Latham, 308 S. Broadway St., Joshua, TX 76058-3125 |
| 23300776 | + | Crown Asset Management, 2950 Delaware St, #300, San Mateo, CA 94403-2580 |
| 23300777 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23300783 | + | Justice of the Peace, Precinct 2, 247 Elk Drive #107, Burleson, TX 76028-5869 |
| 23300785 | + | Lashonda Latham, 308 S. Broadway St., Joshua, TX 76058-3125 |
| 23300789 | + | Norred Law, PLLC, 515 E. Border, Arlington, TX 76010-7402 |
| 23300792 | + | Portfolio Recovery Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 23300793 | + | Rick Barnes-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |
| 23300794 | + | Shipman Companies, 139 W Ellison St. Suite 201, Burleson, TX 76028-4370 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23300760 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 15 2026 22:18:38 | Affirm, Inc., Attn: Bankruptcy, PO Box 720, San Francisco, CA 94104-0720 |
| 23387828 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 15 2026 22:18:01 | Aidvantage on behalf of, Dept of Ed Loan Services, PO Box 300001, Greenville Tx 75403-3001 |
| 23320102 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 15 2026 22:09:00 | Ally Auto Finance, PO Box 380902, Minneapolis, MN 55438-0902 |
| 23304310 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2026 22:18:52 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23319011 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2026 22:18:12 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23300761 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 15 2026 22:09:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 23300762 | + | Email/PDF: bncnotices@becket-lee.com | Sep 15 2026 22:18:49 | American Express, PO Box 001, Los Angeles, CA 90096-0001 |
| 23336861 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2026 22:18:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23300763 | ^ | MEBN | Sep 15 2026 22:05:15 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23300765 | + | Email/Text: bk@avant.com | Sep 15 2026 22:11:00 | Avant, 222 W Merchandise Mart P, Chicago, IL 60654-1105 |
| 23300764 | + | Email/Text: bk@avant.com | Sep 15 2026 22:11:00 | Avant, 222 W. Merchandise Mart Plaza, Chicago, IL 60654-1105 |
| 23300766 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 15 2026 22:09:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 23300767 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 15 2026 22:09:00 | Bank Of America Consumer Credit Cards, PO Box 672050, Dallas, TX 75267-2050 |
| 23300768 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 22:18:12 | Best Egg Cross River Bank, Po Box 1269, Greenville, SC 29602-1269 |
| 23300769 | + | Email/Text: ljalovec@belaw.com | Sep 15 2026 22:10:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23388679 | + | Email/Text: bkattorneynotices@gmail.com | Sep 15 2026 22:09:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 23300770 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 15 2026 22:10:15 | Caine & Weiner/Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 23300772 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 15 2026 22:18:52 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 23300771 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 15 2026 22:18:52 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 23305805 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2026 22:18:38 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23322392 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2026 22:18:52 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23300773 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2026 22:18:31 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23300774 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 15 2026 22:18:36 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 23300778 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 15 2026 22:18:35 | Dept Of Ed/Aidvantage, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 23300779 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 15 2026 22:17:59 | Fetti Fingerhut/Webbank, 13300 Pioneer Trail, Eden Praire, MN 55347-4120 |
| 23388680 | + | Email/Text: opportunitynotices@gmail.com | Sep 15 2026 22:11:00 | First Electronic Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 23300780 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 15 2026 22:09:00 | Goldman Sachs, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 23300781 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2026 22:10:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23300782 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 15 2026 22:10:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 23320205 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 15 2026 22:10:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 23300784 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2026 22:18:31 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 23300786 | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 15 2026 22:10:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23304677 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 22:18:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23300788 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 22:18:09 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 23300787 | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 15 2026 22:10:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |

| | | | | |
|---|---|---|---|---|
| 23300790 | + | Email/Text: opportunitynotices@gmail.com | Sep 15 2026 22:11:00 | Opploans/Feb, 130 E. Randolph Street, Suite 34, Chicago, IL 60601-6379 |
| 23363933 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2026 22:18:36 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 23300791 | + | Email/Text: emccain@pbfcm.com | Sep 15 2026 22:10:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23348889 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2026 22:10:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 23300795 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2026 22:18:50 | Synchrony Bank, 120 Corprate Blvd. #120, Norfolk, VA 23502-4952 |
| 23300796 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2026 22:18:36 | Synchrony Bank, 120 Corporate Blvd #100, Norfolk, VA 23502-4952 |
| 23300797 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Sep 15 2026 22:11:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23300798 | + | Email/Text: collections.pacer@twc.texas.gov | Sep 15 2026 22:11:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23327792 | | Email/Text: collections.pacer@twc.texas.gov | Sep 15 2026 22:11:00 | Texas Workforce Commission, Collections and Civil Actions Dept., Special Actions Unit - OPB,, 101 E. 15th Street, Room 556,, Austin, TX 78778-0001 |
| 23300799 | | Email/Text: usatxn.bankruptcynotices@usdoj.gov | Sep 15 2026 22:11:00 | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |
| 23300800 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 15 2026 22:10:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23300801 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 15 2026 22:10:00 | Upstart Network Inc., 2950 S. Delaware Street, Suite 410, San Mateo, CA 94403-2580 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23336914 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23305807 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23300775 | *+ | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Robert Frank Latham clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Pam Bassel (Hurst) | fwch13cmecf@fwch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 15, 2026**

**United States Bankruptcy Judge**

---

BTXN 074 (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Robert Frank Latham | § | Case No.: 26−41426−mxm13 |
| | § | Chapter No.: 13 |
| Debtor(s) | § | |

## ORDER REGARDING NOTICE OF CONVERSION

The Court, after review of the file and docket in the above entitled and numbered case, related to document 33, finds that a notice of voluntary conversion has been filed by the Debtor(s) to convert this case from Chapter 13 to Chapter 7. The Court finds that conversion of this case is effective as of the date of the notice of conversion pursuant to 11 U.S.C. §1307(a) and should be granted; it is, therefore

**ORDERED** that this case is converted to a case under Chapter 7.

# # # End of Order # # #