United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-41426-mxm

Robert Frank Latham Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 4

Date Rcvd: Sep 16, 2026 Form ID: 309A Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Frank Latham, 308 S. Broadway St., Joshua, TX 76058-3125 |
| 23511685 | + | 4 Change Energy, P.O. Box 660848, Dallas, TX 75266-0848 |
| 23300776 | + | Crown Asset Management, 2950 Delaware St, #300, San Mateo, CA 94403-2580 |
| 23300777 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23511686 | ++ | JOHNSON COUNTY SPECIAL UTILITY DISTRICT, ATTN KELLI BEELER, 740 FM 3048, JOSHUA TX 76058-5594 address filed with court:, Johnson County Special Utility District, 740 FM 3048 P.O. Box 1390, Joshua, TX 76058 |
| 23300783 | + | Justice of the Peace, Precinct 2, 247 Elk Drive #107, Burleson, TX 76028-5869 |
| 23300785 | + | Lashonda Latham, 308 S. Broadway St., Joshua, TX 76058-3125 |
| 23300789 | + | Norred Law, PLLC, 515 E. Border, Arlington, TX 76010-7402 |
| 23511688 | + | North Texas Heart and Vascular, 13000 Bella Italia, Fort Worth, TX 76126-6106 |
| 23300792 | + | Portfolio Recovery Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 23300793 | + | Rick Barnes-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |
| 23300794 | + | Shipman Companies, 139 W Ellison St. Suite 201, Burleson, TX 76028-4370 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | Sep 16 2026 21:53:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | EDI: QMDGARNER.COM | Sep 17 2026 01:50:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| tr | + | Email/Text: bassel341docs@fwch13.com | Sep 16 2026 21:54:00 | Pam Bassel (Hurst), Office of The Standing Ch.13 Trustee, 860 Airport Freeway, Suite 150, Hurst, TX 76054-3256 |
| 23300760 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 16 2026 22:06:39 | Affirm, Inc., Attn: Bankruptcy, PO Box 720, San Francisco, CA 94104-0720 |
| 23387828 | + | EDI: MAXMSAIDV | Sep 17 2026 01:50:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO Box 300001, Greenville Tx 75403-3001 |
| 23320102 | + | EDI: GMACFS.COM | Sep 17 2026 01:49:00 | Ally Auto Finance, PO Box 380902, Minneapolis, MN 55438-0902 |
| 23304310 | + | EDI: AISACG.COM | Sep 17 2026 01:50:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23319011 | + | EDI: AISACG.COM | Sep 17 2026 01:50:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23300761 | + | EDI: GMACFS.COM | Sep 17 2026 01:49:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |

| | | | | |
|---|---|---|---|---|
| 23300762 | + | Email/PDF: bncnotices@becket-lee.com | Sep 16 2026 22:05:26 | American Express, PO Box 001, Los Angeles, CA 90096-0001 |
| 23336861 | | Email/PDF: bncnotices@becket-lee.com | Sep 16 2026 21:52:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23511687 | + | Email/Text: bankruptcy@atmosenergy.com | Sep 16 2026 21:53:00 | Atmos Energy, P.O. Box 740353, Cincinnati, Ohio 45274-0353 |
| 23300763 | ^ | MEBN | Sep 16 2026 21:49:12 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23300765 | + | Email/Text: bk@avant.com | Sep 16 2026 21:54:00 | Avant, 222 W Merchandise Mart P, Chicago, IL 60654-1105 |
| 23300764 | + | Email/Text: bk@avant.com | Sep 16 2026 21:54:00 | Avant, 222 W. Merchandise Mart Plaza, Chicago, IL 60654-1105 |
| 23300766 | + | EDI: BANKAMER | Sep 17 2026 01:49:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 23300767 | + | EDI: BANKAMER | Sep 17 2026 01:49:00 | Bank Of America Consumer Credit Cards, PO Box 672050, Dallas, TX 75267-2050 |
| 23300768 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2026 22:05:28 | Best Egg Cross River Bank, Po Box 1269, Greenville, SC 29602-1269 |
| 23300769 | + | Email/Text: ljalovec@belaw.com | Sep 16 2026 21:54:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23388679 | + | Email/Text: bkattorneynotices@gmail.com | Sep 16 2026 21:53:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 23300770 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 16 2026 21:53:39 | Caine & Weiner/Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 23300772 | + | EDI: CAPONEAUTO.COM | Sep 17 2026 01:50:00 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 23300771 | + | EDI: CAPONEAUTO.COM | Sep 17 2026 01:50:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 23305805 | + | EDI: AISACG.COM | Sep 17 2026 01:50:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23322392 | + | EDI: AISACG.COM | Sep 17 2026 01:50:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23300773 | + | EDI: CAPITALONE.COM | Sep 17 2026 01:49:00 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23300774 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 16 2026 22:06:28 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 23300778 | + | EDI: MAXMSAIDV | Sep 17 2026 01:50:00 | Dept Of Ed/Aidvantage, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 23300779 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2026 22:05:26 | Fetti Fingerhut/Webbank, 13300 Pioneer Trail, Eden Praire, MN 55347-4120 |
| 23388680 | + | Email/Text: opportunitynotices@gmail.com | Sep 16 2026 21:54:00 | First Electronic Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 23300780 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 16 2026 21:53:00 | Goldman Sachs, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 23300781 | + | EDI: IRS.COM | Sep 17 2026 01:50:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23300782 | | EDI: JEFFERSONCAP.COM | Sep 17 2026 01:50:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |

| | | | | |
|---|---|---|---|---|
| 23320205 | | EDI: JEFFERSONCAP.COM | Sep 17 2026 01:50:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 23300784 | + | EDI: CAPITALONE.COM | Sep 17 2026 01:49:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 23300786 | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 16 2026 21:54:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23304677 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2026 22:05:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23300788 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2026 22:06:28 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 23300787 | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 16 2026 21:54:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23511689 | + | EDI: NTXTOLWAY | Sep 17 2026 01:50:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 23300790 | + | Email/Text: opportunitynotices@gmail.com | Sep 16 2026 21:54:00 | Opploans/Feb, 130 E. Randolph Street, Suite 34, Chicago, IL 60601-6379 |
| 23363933 | | EDI: PRA.COM | Sep 17 2026 01:50:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 23300791 | + | Email/Text: emccain@pbfcm.com | Sep 16 2026 21:53:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23348889 | | EDI: Q3G.COM | Sep 17 2026 01:50:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 23300795 | + | EDI: PRA.COM | Sep 17 2026 01:50:00 | Synchrony Bank, 120 Corprate Blvd. #120, Norfolk, VA 23502-4952 |
| 23300796 | + | EDI: PRA.COM | Sep 17 2026 01:50:00 | Synchrony Bank, 120 Corporate Blvd #100, Norfolk, VA 23502-4952 |
| 23300797 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Sep 16 2026 21:54:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23300798 | + | Email/Text: collections.pacer@twc.texas.gov | Sep 16 2026 21:54:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23327792 | | Email/Text: collections.pacer@twc.texas.gov | Sep 16 2026 21:54:00 | Texas Workforce Commission, Collections and Civil Actions Dept., Special Actions Unit - OPB,, 101 E. 15th Street, Room 556,, Austin, TX 78778-0001 |
| 23300799 | | Email/Text: usatxn.bankruptcynotices@usdoj.gov | Sep 16 2026 21:54:00 | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |
| 23300800 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 16 2026 21:54:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23300801 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 16 2026 21:54:00 | Upstart Network Inc., 2950 S. Delaware Street, Suite 410, San Mateo, CA 94403-2580 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| intp | *+ | Pam Bassel (Hurst), Office of The Standing Ch.13 Trustee, 860 Airport Freeway, Suite 150, Hurst, TX 76054-3256 |

| | | |
|---|---|---|
| 23336914 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23305807 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23300775 | *+ | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Robert Frank Latham clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Marilyn Garner | mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |
| Pam Bassel (Hurst) | fwch13cmecf@fwch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Robert Frank Latham<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–8676<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Northern District of Texas | Date case filed in chapter: 13 | 3/31/26 |
| Case number: | 26–41426–mxm7 | Date case converted to chapter: 7 | 9/10/26 |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Frank Latham | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 308 S. Broadway St.<br>Joshua, TX 76058 | |
| 4. | **Debtor's attorney**<br>Name and address | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010 | Contact phone 817–704–3984<br>Email: clayton@norredlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn Garner<br>Law Offices of Marilyn D. Garner<br>2001 E. Lamar Blvd., Suite 200<br>Arlington, TX 76006 | Contact phone (817) 505–1499 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact phone 817–333–6000<br><br>Date: 9/16/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 14, 2026 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 464 039 8681, and Passcode 0030076670, OR call 1–682–204–2647**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/14/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |