United States Bankruptcy Court
Northern District of Texas

In re: Case No. 26-41426-mxm
Robert Frank Latham Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 4
Date Rcvd: Sep 30, 2026 Form ID: pdf013 Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Frank Latham, 308 S. Broadway St., Joshua, TX 76058-3125 |
| 23511685 | + | 4 Change Energy, P.O. Box 660848, Dallas, TX 75266-0848 |
| 23300776 | + | Crown Asset Management, 2950 Delaware St, #300, San Mateo, CA 94403-2580 |
| 23300777 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23511686 | ++ | JOHNSON COUNTY SPECIAL UTILITY DISTRICT, ATTN KELLI BEELER, 740 FM 3048, JOSHUA TX 76058-5594 address filed with court:, Johnson County Special Utility District, 740 FM 3048 P.O. Box 1390, Joshua, TX 76058 |
| 23300783 | + | Justice of the Peace, Precinct 2, 247 Elk Drive #107, Burleson, TX 76028-5869 |
| 23300785 | + | Lashonda Latham, 308 S. Broadway St., Joshua, TX 76058-3125 |
| 23300789 | + | Norred Law, PLLC, 515 E. Border, Arlington, TX 76010-7402 |
| 23511688 | + | North Texas Heart and Vascular, 13000 Bella Italia, Fort Worth, TX 76126-6106 |
| 23300792 | + | Portfolio Recovery Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 23300793 | + | Rick Barnes-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |
| 23300794 | + | Shipman Companies, 139 W Ellison St. Suite 201, Burleson, TX 76028-4370 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bassel341docs@fwch13.com | Oct 01 2026 00:37:00 | Pam Bassel (Hurst), Office of The Standing Ch.13 Trustee, 860 Airport Freeway, Suite 150, Hurst, TX 76054-3256 |
| 23300760 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 01 2026 00:38:46 | Affirm, Inc., Attn: Bankruptcy, PO Box 720, San Francisco, CA 94104-0720 |
| 23387828 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 01 2026 00:38:27 | Aidvantage on behalf of, Dept of Ed Loan Services, PO Box 300001, Greenville Tx 75403-3001 |
| 23320102 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 01 2026 00:35:00 | Ally Auto Finance, PO Box 380902, Minneapolis, MN 55438-0902 |
| 23304310 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2026 00:38:43 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23319011 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2026 00:38:44 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23300761 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 01 2026 00:35:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 23300762 | + | Email/PDF: bncnotices@becket-lee.com | Oct 01 2026 00:38:43 | American Express, PO Box 001, Los Angeles, CA 90096-0001 |
| 23336861 | | Email/PDF: bncnotices@becket-lee.com | Oct 01 2026 00:38:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| | | | | |
|---|---|---|---|---|
| 23511687 | + | Email/Text: bankruptcy@atmosenergy.com | Oct 01 2026 00:36:00 | Atmos Energy, P.O. Box 740353, Cincinnati, Ohio 45274-0353 |
| 23300763 | ^ | MEBN | Oct 01 2026 00:31:28 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23300765 | + | Email/Text: bk@avant.com | Oct 01 2026 00:37:00 | Avant, 222 W Merchandise Mart P, Chicago, IL 60654-1105 |
| 23300764 | + | Email/Text: bk@avant.com | Oct 01 2026 00:37:00 | Avant, 222 W. Merchandise Mart Plaza, Chicago, IL 60654-1105 |
| 23300766 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 01 2026 00:35:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 23300767 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 01 2026 00:35:00 | Bank Of America Consumer Credit Cards, PO Box 672050, Dallas, TX 75267-2050 |
| 23300768 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2026 00:38:29 | Best Egg Cross River Bank, Po Box 1269, Greenville, SC 29602-1269 |
| 23300769 | + | Email/Text: ljalovec@belaw.com | Oct 01 2026 00:36:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23388679 | + | Email/Text: bkattorneynotices@gmail.com | Oct 01 2026 00:35:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 23300770 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 01 2026 00:36:30 | Caine & Weiner/Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 23300772 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 01 2026 00:38:37 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 23300771 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 01 2026 00:38:45 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 23305805 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2026 00:38:35 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23322392 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2026 00:38:27 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23300773 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2026 00:38:42 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23300774 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 01 2026 00:38:28 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 23300778 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 01 2026 00:38:34 | Dept Of Ed/Aidvantage, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 23300779 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 01 2026 00:38:26 | Fetti Fingerhut/Webbank, 13300 Pioneer Trail, Eden Praire, MN 55347-4120 |
| 23388680 | + | Email/Text: opportunitynotices@gmail.com | Oct 01 2026 00:37:00 | First Electronic Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 23300780 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 01 2026 00:35:00 | Goldman Sachs, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 23300781 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2026 00:36:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23300782 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 01 2026 00:37:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 23320205 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 01 2026 00:37:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 23300784 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2026 00:38:35 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |

| | | | | |
|---|---|---|---|---|
| 23300786 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 01 2026 00:36:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23304677 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2026 00:38:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23300788 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2026 00:38:29 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 23300787 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 01 2026 00:36:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23511689 | + | Email/Text: bankruptcy@ntta.org | Oct 01 2026 00:37:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 23300790 | + | Email/Text: opportunitynotices@gmail.com | Oct 01 2026 00:37:00 | Opploans/Feb, 130 E. Randolph Street, Suite 34, Chicago, IL 60601-6379 |
| 23363933 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2026 00:38:45 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 23300791 | + | Email/Text: emccain@pbfcm.com | Oct 01 2026 00:36:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23348889 | | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2026 00:36:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 23300795 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2026 00:38:38 | Synchrony Bank, 120 Corprate Blvd. #120, Norfolk, VA 23502-4952 |
| 23300796 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2026 00:38:36 | Synchrony Bank, 120 Corporate Blvd #100, Norfolk, VA 23502-4952 |
| 23300797 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Oct 01 2026 00:37:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23300798 | + | Email/Text: collections.pacer@twc.texas.gov | Oct 01 2026 00:37:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23327792 | | Email/Text: collections.pacer@twc.texas.gov | Oct 01 2026 00:37:00 | Texas Workforce Commission, Collections and Civil Actions Dept., Special Actions Unit - OPB,, 101 E. 15th Street, Room 556,, Austin, TX 78778-0001 |
| 23300799 | | Email/Text: usatxn.bankruptcynotices@usdoj.gov | Oct 01 2026 00:37:00 | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |
| 23300800 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 01 2026 00:36:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23300801 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 01 2026 00:36:00 | Upstart Network Inc., 2950 S. Delaware Street, Suite 410, San Mateo, CA 94403-2580 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23336914 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23305807 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23300775 | *+ | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Robert Frank Latham clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Marilyn Garner | mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |
| Pam Bassel (Hurst) | fwch13cmecf@fwch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4

Pam Bassel
Chapter 13 Standing Trustee
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In Re: Case No: 26-41426-MXM

Robert Frank Latham

Debtor

---

**NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE**

---

Notice is hereby given pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 5009 that Pam Bassel, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered. The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 128 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas 76102-3643 and is available for review. A summary of the report is as follows:

| | |
|---|---|
| Net Receipts | $1,990.00 |
| Administrative Disbursements * | $281.28 |
| Debtor Refund Disbursements | $5.00 |
| Secured Disbursements | $1,708.72 |
| Priority Disbursements | $0.00 |
| Unsecured Disbursements | $0.00 |

* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk 's Fees

| | |
|---|---|
| Total Disbursements | $1,995.00 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee 's bond with respect to this case can be terminated.

/s/ Pam Bassel
Standing Chapter 13 Trustee