# J.D. POWER

10/04/2026

J.D. POWER Used Cars/Trucks

**Vehicle Information**

| | |
|---|---|
| Vehicle : | 2019 Ford F-350 Super Duty Crew Cab XLT 4WD SRW 6.7L V8 T-Diesel |
| Region : | Southwestern |
| Period : | October, 2026 |
| VIN : | 1FT8W3BT6KED90411 |
| Mileage : | 102500 |

**J.D.POWER Used Cars/Trucks Values**

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Weekly Auction** | | | | |
| **Weekly Used** | | | | |
| Rough Trade-In | $32775.00 | $0 | 0 | $32775.00 |
| Average Trade-In | $34450.00 | $0 | 0 | $34450.00 |
| Clean Trade-In | $36125.00 | $0 | 0 | $36125.00 |
| Clean Retail | $39475.00 | $0 | 0 | $39475.00 |

**Selected Options**

| | Trade-In/Loan | Retail |
|---|---|---|

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D. Power

EXHIBIT 1