**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

| | | |
|---|---|---|
| **In Re:**<br>**ROBERT FRANK LATHAM,**<br>**Debtor** | § | **Case No. 26-41426-mxm7** |
| **CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.,**<br>**Movant** | § | **Chapter 7** |
| **vs.** | § | **HEARING DATE: November 12, 2026** |
| **ROBERT FRANK LATHAM, Debtor and MARILYN GARNER, Trustee,** | § | **HEARING TIME: 9:30 AM** |
| **Respondents** | § | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING PERSONAL PROPERTY OR IN THE ALTERNATIVE REQUEST FOR ADEQUATE PROTECTION**
**(re:** 2019 Ford F-350 Super Duty VIN No. 1FT8W3BT6KED90411**)**

**NOTICE: PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., RM. 128, FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS ON NOVEMBER 9, 2026, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW Capital One Auto Finance, a division of Capital One, N.A., its successors and/or assigns ("Movant"), a secured creditor, to file this *Motion for Relief from Automatic Stay of Act Against Personal Property or in the Alternative Request for Adequate Protection* ("Motion") regarding a 2019 Ford F-350 Super Duty, VIN No. 1FT8W3BT6KED90411 (the "Vehicle") financed by Robert Frank Latham ("Debtor"), and in support thereof Movant would show the Court as follows:

**Jurisdiction**

**1.** On March 31, 2026, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code. An order converting the case to a case under Chapter 7 was entered on September 10, 2026. Marilyn Garner is the Chapter 7 Trustee.

**2.** This Court has jurisdiction of this Motion by virtue of 11 U.S.C. § 105, 361, 362 and 28 U.S.C. § 1334 and 157 and all other applicable rules and statutes affecting the jurisdiction of Bankruptcy Courts generally.

**Debt and Collateral Description**

**3.** On August 15, 2024, Debtor entered into a Motor Vehicle Retail Installment Sales Contract – Simple Finance Charge (With Arbitration Provision) (the "Contract") with Texas Hot Rides LLC dba Rocky Mountain ("Seller") for the purchase of the Vehicle. A copy of the Contract is attached as **Exhibit A** to the Affidavit in Support of Motion for Relief from Automatic Stay Regarding Personal Property ("Affidavit") and incorporated herein by reference.

**4.** The original amount financed under the Contract was $35,000.00. Debtor agreed to repay the $35,000.00 at 18.37% interest per annum for sEventy-two (72) consecutive monthly payments in the amount of $808.49 each, commencing September 22, 2024. *See* **Exhibit A** to Affidavit. Subsequently, Seller assigned and transferred its interest in the Contract to Movant. *See id.*

**5.** Pursuant to the Contract, Debtor executed a Motor Vehicle Purchase Agreement granting Seller a security interest in the Vehicle. *See* **Exhibit A** to Affidavit. Movant perfected its security interest in the Vehicle as evidenced by a Lien and Title Information on record with the State of Texas. A copy of the Lien and Title Information is attached hereto as **Exhibit B** to the Affidavit and incorporated herein by reference.

**6.** Debtor is in default of the obligations owed to Movant by failing to make the installment payments when due and owing pursuant to the terms of the Contract.

**7.** As of October 5, 2026, the payment arrearages owed under the Contract are as follows:

| DESCRIPTION | | | AMOUNT | TOTAL |
|---|---|---|---|---|
| 1 | Payments | 6/22/2026 | $716.75 | $ 716.75 |
| 3 | Payments | 7/22/2026 - 9/22/2026 | $808.49 | $2,425.47 |
| | | | *Less Suspense*: | ($0.00) |
| | | | **Total Payment Arrearages as of October 5, 2026** | **$3,142.22** |

An additional payment will come due on October 22, 2026, and on the 22nd day of each month thereafter until the Contract is paid in full. See Exhibit C to Affidavit.

**8.** As of October 5, 2026 and continuing through October 15, 2026, the payoff amount is $30,522.58, which includes $29,150.40 of Principal $1,372.18 of Interest, and $0.00 of charges.

**9.** The sums set forth in this motion may not include any late charges, advances, attorneys' fees, costs, and/or other fees and charges that might otherwise be included in the event that a payoff and/or reinstatement quote is requested or provided.

**Lack of Adequate Protection**

**10.** By failing to make the regular monthly installment payments due pursuant to the Contract, Debtor have not adequately protected Movant's interest in the Vehicle. Based upon the foregoing, cause exists for the Court to terminate the automatic stay pursuant to 11 U.S.C. § 362(d) based on the lack of equity in the Vehicle.

**11.** Movant is informed and believes, based on the J.D. Power breakdown ("J.D. Power") that the clean retail value of the Vehicle is approximately $39,475.00 as of October 4, 2026. A copy of the J.D. Power valuation is attached hereto as Exhibit 1 and incorporated herein by reference.

**12.** As of October 5, 2026, the approximate payoff amount owed by Debtor was $30,522.58.

**13.**

**14.** Movant demands proof and maintenance of full coverage insurance on the Vehicle including Movant as the loss payee and acceptable to Movant. If the Vehicle is uninsured, the lack of insurance constitutes cause for terminating the automatic stay.

**15.** Movant has no remedy available other than to seek relief from the automatic stay.

**16.** Movant seeks relief for the purpose of exercising its remedies available under state law, including repossession of the Vehicle and, in exercising those rights. Movant may contact the Debtor by telephone or by written correspondence. Movant may at its option offer, provide and enter into a refinance agreement or other loan workout agreement.

**17.** Movant has had to retain counsel to represent it before this Court and is incurring legal expenses and attorneys' fees for which it is entitled to be reimbursed under the terms of the Contract.

**18.** Movant requests that any order granting a motion for relief from the automatic stay in accordance with Rule 4001(a)(4) not be stayed until the expiration of fourteen (14) days after the entry of the order.

## Prayer

WHEREFORE, PREMISES CONSIDERED, Movant prays that, upon considering this Motion, the automatic stay will be terminated as to Debtor with respect to Movant's interest in the Vehicle, thereby permitting Movant to pursue all available remedies to obtain possession and control of the Vehicle to the exclusion of the Debtor. Alternatively, Movant prays that it be afforded adequate protection by: (1) having all payments presently due in this proceeding to Movant brought current; (2) providing Movant proof of current insurance for the Vehicle; (3) reimbursing Movant for its reasonable attorneys' fees and expenses; and (4) granting such other and further relief, at law and in equity, as is just.

Respectfully Submitted,

**ALDRIDGE PITE, LLP**

By: Anthony Schroeder
Anthony Schroeder, SBOT 24106407
**ATTORNEY FOR MOVANT**
**ALDRIDGE PITE, LLP**
101 East Park Boulevard
Suite 600, Office 23
Plano, TX 75074
Telephone: (713) 293-3610
Facsimile: (858) 412-2792
Email: aschroeder@aldridgepite.com

***Mailing Address***
3333 Camino del Rio South, Suite 225
San Diego, CA 92108

**CERTIFICATE OF CONFERENCE AND**
**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, at 1:30 p.m., I e-mailed Debtor's attorney regarding the filing of this Motion and the basis of said Motion. As of the date of the filing of this Motion, I have not received a response and assume this Motion to be opposed. I hereby certify that I caused a copy of the foregoing *Motion for Relief from Automatic Stay of Act Regarding Personal Property and Affidavit in Support of Motion for Relief from Automatic Stay of Act Regarding Personal Property* to be served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on October 26, 2026.

By: Anthony Schroeder
ANTHONY SCHROEDER

**DEBTOR'S ATTORNEY**
**(via electronic notice)**
Clayton Everett
515 E. Border St.
Ste 163
76010
Arlington, TX 76010
clayton@norredlaw.com

**TRUSTEE**
**(via electronic notice)**

Marilyn Garner
Law Offices of Marilyn D. Garner
2001 E. Lamar Boulevard, Ste 200
Arlington, TX 76006
mgarner@marilyndgarner.net

**DEBTOR(S)**
**(via U.S. Mail)**
Robert Frank Latham
308 S. Broadway St.
Joshua, TX 76058

**U. S. TRUSTEE**
**(via electronic notice)**
U.S. Trustee
1100 Commerce Street Room 976
Dallas, TX 75202
ustpregion06.da.ecf@usdoj.gov

**PARTIES REQUESTING NOTICE**
**(via electronic notice if so designated for receipt of such in CM/ECF)**

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Pam Bassel (Hurst)
Office of The Standing Ch.13 Trustee
860 Airport Freeway
Suite 150
Hurst, TX 76054
bassel341docs@fwch13.com

Capital One Auto Finance, a division of
Capital One, N.A., c/o AIS
Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118