**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ROBERT FRANK LATHAM,**<br>**Debtor** | § | **CASE NO. 26-41426-mxm7** |
| | § | |
| | § | **CHAPTER 7** |
| **CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.,**<br>**Movant** | § | |
| | § | **HEARING DATE:** |
| **vs.** | § | **HEARING TIME:** |
| | § | |
| **ROBERT FRANK LATHAM, Debtor and MARILYN GARNER, Trustee,**<br>**Respondents** | § | |
| | § | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING PERSONAL PROPERTY**

**THE STATE OF** TEXAS §
**COUNTY OF** COLLIN §

Jeanne Scharf being duly sworn deposes and says:

1. My name is Jeanne Scharf. I am employed as a COAF Ops Sr. Coordinator for Capital One Auto Finance, a division of Capital One, N.A. ("Movant"). In such capacity, I am authorized and qualified to make this affidavit on behalf of Movant. I have access to Movant's books and records with regard to Robert Frank Latham ("Debtor") loan. I am familiar with the manner and method in which Movant maintains its books and records in its regular course of business. Those books and records are kept in the regular course of business and are managed by employees and agents whose duty is to keep the books and records accurately and completely and to record each act, event, opinion, diagnosis or item at or near the time of the event or item so noted.

2. According to Movant's books and records, a Motor Vehicle Retail Installment Sales

Contract – Simple Finance Charge (With Arbitration Provision) (the "Contract") in the original principal amount of $35,000.00 dated August 15, 2024, was executed by Debtor to Texas Hot Rides LLC dba Rocky Mountain ("Seller"). A copy of the Contract is attached hereto as **Exhibit A.**

3. Subsequently, Seller assigned and transferred its interest in the Contract to Movant. *See* **Exhibit A.**

4. In connection therewith, Movant perfected its security interest in the personal property described as 2019 Ford F-350 SD VIN No. 1FT8W3BT6KED90411 (the "Vehicle"), as evidenced by a Lien and Title Information on record with the State of Texas. A copy of the Lien and Title Information is attached hereto as **Exhibit B.**

5. As of October 5, 2026, the payment arrearages owed under the Contract are as follows:

| DESCRIPTION | | | AMOUNT | TOTAL |
|---|---|---|---|---|
| 1 | Partial Payments | 6/22/2026 | $716.75 | $ 716.75 |
| 3 | Payments | 7/22/2026 - 9/22/2026 | $808.49 | $2,425.47 |
| | | | *Less Suspense*: | ($0.00) |
| **Total Payment Arrearages as of October 5, 2026** | | | | **$3,142.22** |

An additional payment will come due on October 22, 2026, and on the 22nd day of each month thereafter until the Contract is paid in full. A copy of the Payment History is attached hereto as **Exhibit C**.

6. As of October 5,2026 and continuing through October 15,2026, the payoff amount is $30,522.58, which includes $29,150.40 of Principal, $1,372.18 of Interest, and $0.00 of charges.

7. The sums set forth in this affidavit may not include any late charges, advances, attorneys' fees, costs, and/or other fees and charges that might otherwise be included in the event that a payoff and/or reinstatement quote is requested or provided.

8. The filing of this Motion necessitated that Movant retain counsel to represent it before this Court, and Movant is incurring legal expenses and attorneys' fees for handling the *Motion for Relief from Automatic Stay Regarding Personal Property* for which it is entitled to reimbursement under the terms of the Contract.

9. The foregoing facts are based upon Movant's books and records, and if called upon to appear as a witness, I could, and would, testify competently thereto. I declare that the foregoing facts are true and correct.

By: Jeanne Scharf

Print Name: Jeanne Scharf

Title: COAF Ops Sr. Coordinator

SUBSCRIBED AND SWORN TO BEFORE ME, on Oct 21st, 2026.

My commission expires: 2·26·28

EDNA CASILLAS
Notary Public, State of Texas
Comm. Expires 02-26-2028
Notary ID 131647672
NOTARY PUBLIC STATE OF TEXAS

NOTARY PUBLIC

Edna Casillas

(Printed Name of Notary Public)