**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

| | | |
|---|---|---|
| **In Re:**<br>**ROBERT FRANK LATHAM,**<br>**Debtor** | § | **Case No. 26-41426-mxm7** |
| **CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.,**<br>**Movant** | § | **Chapter 7** |
| **vs.** | § | **HEARING DATE: November 12, 2026** |
| **ROBERT FRANK LATHAM, Debtor and MARILYN GARNER, Trustee,** | § | **HEARING TIME: 9:30 AM** |
| **Respondents** | § | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the *Motion for Relief from Automatic Stay of Act Against Property or in the Alternative Request for Adequate Protection* filed by Capital One Auto Finance, a division of Capital One, N.A., has been set for hearing on the docket of The Honorable Mark X. Mullin, United States Bankruptcy Judge, in the United States Courthouse, 501 West 10th Street, Room 128 Fort Worth, TX 76102-3673 on November 12, 2026, at 9:30 a.m. and/or WebEx Link: https://us-courts.webex.com/meet/mullin. https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy

Respectfully Submitted,

By: [signature]

Anthony Schroeder, SBOT 24106407
**ATTORNEY FOR MOVANT**
101 East Park Boulevard
Suite 600, Office 23
Plano, TX 75074
Telephone: (713) 293-3610
Facsimile: (858) 412-2792
Email: aschroeder@aldridgepite.com

***Mailing Address***
3333 Camino del Rio South, Suite 225
San Diego, CA 92108

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Notice of Hearing* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on October 26, 2026.

By: Anthony Schroeder
Anthony Schroeder

**ATTORNEY FOR Debtor**
**(via electronic notice)**
Clayton Everett
515 E. Border St. Ste 163
Arlington, TX 76010
clayton@norredlaw.com

**Debtor**
Robert Frank Latham
308 S. Broadway St.
Joshua, TX 76058

**TRUSTEE**
**(via electronic notice)**
Marilyn Garner
Law Offices of Marilyn D. Garner
2001 E. Lamar Boulevard, Ste 200
Arlington, TX 76006
mgarner@marilyndgarner.net

**U. S. TRUSTEE**
**(via electronic notice)**
U.S. Trustee
1100 Commerce Street Room 976
Dallas, TX 75202
ustpregion06.da.ecf@usdoj.gov

**PARTIES REQUESTING NOTICE AND/OR EFFECTED PARTIES**
**(via electronic notice if so designated for receipt of such in CM/ECF)**

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Pam Bassel (Hurst)
Office of The Standing Ch.13 Trustee
860 Airport Freeway
Suite 150
Hurst, TX 76054
bassel341docs@fwch13.com

Capital One Auto Finance, a division of Capital One, N.A., c/o AIS
Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118