United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-41426-mxm
Robert Frank Latham Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 4
Date Rcvd: Oct 30, 2026 Form ID: ntcabuse Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Frank Latham, 308 S. Broadway St., Joshua, TX 76058-3125 |
| 23511685 | + | 4 Change Energy, P.O. Box 660848, Dallas, TX 75266-0848 |
| 23300776 | + | Crown Asset Management, 2950 Delaware St, #300, San Mateo, CA 94403-2580 |
| 23300777 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23511686 | ++ | JOHNSON COUNTY SPECIAL UTILITY DISTRICT, ATTN KELLI BEELER, 740 FM 3048, JOSHUA TX 76058-5594 address filed with court:, Johnson County Special Utility District, 740 FM 3048 P.O. Box 1390, Joshua, TX 76058 |
| 23300783 | + | Justice of the Peace, Precinct 2, 247 Elk Drive #107, Burleson, TX 76028-5869 |
| 23300785 | + | Lashonda Latham, 308 S. Broadway St., Joshua, TX 76058-3125 |
| 23300789 | + | Norred Law, PLLC, 515 E. Border, Arlington, TX 76010-7402 |
| 23511688 | + | North Texas Heart and Vascular, 13000 Bella Italia, Fort Worth, TX 76126-6106 |
| 23300792 | + | Portfolio Recovery Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 23300793 | + | Rick Barnes-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |
| 23300794 | + | Shipman Companies, 139 W Ellison St. Suite 201, Burleson, TX 76028-4370 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bassel341docs@fwch13.com | Oct 30 2026 09:30:00 | Pam Bassel (Hurst), Office of The Standing Ch.13 Trustee, 860 Airport Freeway, Suite 150, Hurst, TX 76054-3256 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 30 2026 09:29:00 | Capital One Auto Finance, a division of Capital On, ALDRIDGE PITE, LLP, 3333 CAMINO DEL RIO SOUTH, SUITE 225, SAN DIEGO, CA 92108, UNITED STATES 92108-3808 |
| 23300760 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 30 2026 09:33:08 | Affirm, Inc., Attn: Bankruptcy, PO Box 720, San Francisco, CA 94104-0720 |
| 23387828 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 30 2026 09:32:57 | Aidvantage on behalf of, Dept of Ed Loan Services, PO Box 300001, Greenville Tx 75403-3001 |
| 23320102 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 30 2026 09:28:00 | Ally Auto Finance, PO Box 380902, Minneapolis, MN 55438-0902 |
| 23304310 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2026 09:33:07 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23319011 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2026 09:33:02 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23300761 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 30 2026 09:28:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 23300762 | + | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 09:33:02 | American Express, PO Box 001, Los Angeles, CA |

| | | | | |
|---|---|---|---|---|
| | | | | 90096-0001 |
| 23336861 | | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 09:32:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23511687 | + | Email/Text: bankruptcy@atmosenergy.com | Oct 30 2026 09:29:00 | Atmos Energy, P.O. Box 740353, Cincinnati, Ohio 45274-0353 |
| 23300763 | ^ | MEBN | Oct 30 2026 09:17:07 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23300765 | + | Email/Text: bk@avant.com | Oct 30 2026 09:30:00 | Avant, 222 W Merchandise Mart P, Chicago, IL 60654-1105 |
| 23300764 | + | Email/Text: bk@avant.com | Oct 30 2026 09:30:00 | Avant, 222 W. Merchandise Mart Plaza, Chicago, IL 60654-1105 |
| 23300766 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 30 2026 09:28:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 23300767 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 30 2026 09:28:00 | Bank Of America Consumer Credit Cards, PO Box 672050, Dallas, TX 75267-2050 |
| 23300768 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 09:32:58 | Best Egg Cross River Bank, Po Box 1269, Greenville, SC 29602-1269 |
| 23300769 | + | Email/Text: ljalovec@belaw.com | Oct 30 2026 09:29:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23388679 | + | Email/Text: bkattorneynotices@gmail.com | Oct 30 2026 09:29:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 23300770 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 30 2026 09:29:04 | Caine & Weiner/Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 23300772 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 30 2026 09:33:04 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 23300771 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 30 2026 09:33:08 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 23305805 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2026 09:33:02 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23322392 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2026 09:32:57 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23300773 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2026 09:33:07 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23300774 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2026 09:33:07 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 23300778 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 30 2026 09:32:57 | Dept Of Ed/Aidvantage, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 23300779 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2026 09:33:02 | Fetti Fingerhut/Webbank, 13300 Pioneer Trail, Eden Praire, MN 55347-4120 |
| 23388680 | + | Email/Text: opportunitynotices@gmail.com | Oct 30 2026 09:29:00 | First Electronic Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 23300780 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 30 2026 09:29:00 | Goldman Sachs, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 23300781 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2026 09:29:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23300782 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 30 2026 09:29:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 23320205 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 30 2026 09:29:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 23300784 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2026 09:33:07 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 23300786 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 30 2026 09:29:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23304677 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 09:32:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23300788 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 09:32:58 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 23300787 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 30 2026 09:29:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23511689 | + | Email/Text: bankruptcy@ntta.org | Oct 30 2026 09:30:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 23300790 | + | Email/Text: opportunitynotices@gmail.com | Oct 30 2026 09:29:00 | Opploans/Feb, 130 E. Randolph Street, Suite 34, Chicago, IL 60601-6379 |
| 23363933 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2026 09:33:07 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 23300791 | + | Email/Text: emccain@pbfcm.com | Oct 30 2026 09:29:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23348889 | | Email/Text: bnc-quantum@quantum3group.com | Oct 30 2026 09:29:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 23300795 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2026 09:33:07 | Synchrony Bank, 120 Corprate Blvd. #120, Norfolk, VA 23502-4952 |
| 23300796 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2026 09:33:02 | Synchrony Bank, 120 Corporate Blvd #100, Norfolk, VA 23502-4952 |
| 23300797 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Oct 30 2026 09:30:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23300798 | + | Email/Text: collections.pacer@twc.texas.gov | Oct 30 2026 09:30:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23327792 | | Email/Text: collections.pacer@twc.texas.gov | Oct 30 2026 09:30:00 | Texas Workforce Commission, Collections and Civil Actions Dept., Special Actions Unit - OPB,, 101 E. 15th Street, Room 556,, Austin, TX 78778-0001 |
| 23300799 | | Email/Text: usatxn.bankruptcynotices@usdoj.gov | Oct 30 2026 09:29:00 | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |
| 23300800 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 30 2026 09:29:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23300801 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 30 2026 09:29:00 | Upstart Network Inc., 2950 S. Delaware Street, Suite 410, San Mateo, CA 94403-2580 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23336914 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| | | |
|---|---|---|
| 23305807 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23300775 | *+ | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Clayton Everett | on behalf of Debtor Robert Frank Latham clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| David Anthony Schroeder, I | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. ecftxnb@aldridgepite.com, aschroeder@ecf.courtdrive.com |
| Marilyn Garner | mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |
| Pam Bassel (Hurst) | fwch13cmecf@fwch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 5

Form ntcabuse

**UNITED STATES BANKRUPTCY COURT**

Northern District of Texas

Case No.: 26–41426–mxm7
Chapter: 7
Judge: Mark X. Mullin

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert Frank Latham
308 S. Broadway St.
Joshua, TX 76058

Social Security / Individual Taxpayer ID No.:
xxx–xx–8676

Employer Tax ID / Other nos.:

**STATEMENT OF PRESUMED ABUSE**

The UST has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 707(b). (Hersh, Susan)

Dated: 10/16/26

United States Trustee