CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 6, 2026**

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:** **CASE NO.: 26-41426-MXM**

**ROBERT FRANK LATHAM**
308 S BROADWAY ST
JOSHUA, TX 76058
SSN/TIN: XXX-XX-8676

**DEBTOR**

---

**ORDER DISCHARGING STANDING TRUSTEE,**
**TERMINATING FURTHER LIABILITY ON BOND**

---

It appearing to the Court that Pam Bassel, Standing Chapter 13 Trustee in the above -styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that the Trustee should be discharged and further liability on the said Trustee's bond with respect to this case be terminated.

IT IS THEREFORE ORDERED:

That Pam Bassel, Standing Chapter 13 Trustee in this case, is discharged; that the Trustee and the sureties or surety on the Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore; and that such Bond is cancelled.

# # # End of Order # # #