CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 16, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ROBERT FRANK LATHAM,** | § | **CASE NO. 26-41426-mxm7** |
| **Debtor** | § | |
| | § | **CHAPTER 7** |
| **CAPITAL ONE AUTO FINANCE, A** | § | |
| **DIVISION OF CAPITAL ONE, N.A.,** | § | |
| **Movant** | § | |
| **vs.** | § | **HEARING DATE: November 12, 2026** |
| | § | |
| **ROBERT FRANK LATHAM, Debtor and** | § | **HEARING TIME: 9:30 AM** |
| **MARILYN GARNER, Trustee,** | § | |
| **Respondents** | § | **501 West 10th Street,** |
| | § | **Fort Worth, TX 76102-3673** |
| | § | **Room 310** |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF ACT REGARDNG PERSONAL PROPERTY AND MOOTING MOTION FOR ADEQUATE PROTECTION**

The Court having considered the *Motion for Relief from Automatic Stay of Act Regarding Personal Property* ("Motion") filed in this bankruptcy proceeding by Capital One Auto Finance, a division of Capital One, N.A. ("Movant"), its successors and/or assigns, and having reviewed the file herein and finding that no objections to same have been filed and that all required notices of

said Motion have been properly served, is of the opinion that said Motion should be, and the same hereby is, granted.

**IT IS, THEREFORE, ORDERED** that the automatic stay is hereby terminated as to the Robert Frank Latham ("Debtor") with respect to Movant, to take any all steps necessary to exercise any and all statutory and contractual rights it may have in the personal property described as 2019 Ford F-350 Super Duty VIN. No.: 1FT8W3BT6KED90411 (the "Vehicle").

**IT IS FURTHER ORDERED** that Movant may exercise its remedies available under state law, including repossession of the Vehicle and, in exercising those rights, Movant may contact the Debtor by telephone or by written correspondence. Movant may at its option offer, provide and enter into a refinance agreement or other contract workout agreement.

**IT IS FURTHER ORDERED** that the *Motion for Adequate Protection* filed in conjunction with the *Motion for Relief from Automatic Stay* is hereby MOOT as the relief granted in this order precludes the entry of an order granting adequate protection.

**###END OF ORDER###**

This order was prepared and submitted by:

By: Anthony Schroeder
Anthony Schroeder, SBOT 24106407
**ATTORNEY FOR MOVANT**
ALDRIDGE PITE, LLP
101 East Park Boulevard
Suite 600, Office 23
Plano, TX 75074
Telephone: (713) 293-3610
Facsimile: (858) 412-2792
Email: aschroeder@aldridgepite.com

***Mailing Address***
3333 Camino del Rio South, Suite 225
San Diego, CA 92108